# Exhibit B

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION

IN RE: THE FORMER MARRIAGE OF )
)
KENTON GIRARD, )
              Petitioner, )
)
    and )    No.    2015 D 009633
)
JANE GIRARD, )
              Respondent, )
)
    and )
MARISSA GIRARD, )
              Third Party Respondent )

```
E N T E R E D
Judge William Stewart Boyd-1760

MAY 3 1 2023

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
```

### ORDER

**THIS MATTER** coming before the Court for hearing on, Kenton's Motion to Terminate Therapy and for In Camera Interview filed February 23,2023, Kenton's Motion to Enter Qualified Medical Support Order filed February 2, 2023, and Jane's Motion to Join Third Party filed on March 8, 2023; both parties present and being represented by counsel and the minor children being represented by the Guardian ad Litem, Vanessa Hammer; Marissa Girard appearing pursuant to Trial Subpoena and then her appearance being excused and placed in a breakout room by the Court; the Court having reviewed the courtesy copies of all pleadings, and case law submitted by Beermann LLP, Jane's counsel; jurisdiction over the parties and subject matter herein and being duly advised in the premises;

### IT IS HEREBY ORDERED:

1.     The requested relief in Kenton's Motion to Terminate Therapy and for In Camera Interview – Count I regarding therapy is granted in part insofar as therapy with Gwenn Waldman is <u>stayed</u> pending Dr. Amabile's investigation and report;

2.     The Court reserves ruling on the requested relief in Kenton's Motion to Terminate Therapy and for In Camera Interview Count II;

3.     Jane's Motion to Join Third Party is granted. Summons to Marissa Girard shall issue;

4.     Jane is granted 7 days to amend her Verified Petition for Continuing Abuse of Parenting Time and Violation of the Terms of the Joint Parenting Agreement; Kenton is thereafter granted 28 days to respond; Jane is granted 14 days to reply should she choose;

5.     Kenton's Motion to Enter Qualified Medical Child Support Order ("QMSCO"is resolved via agreement and the QMSCO shall be entered under separate cover;

C 504

6.   All pending pleadings are entered and continued.  This matter is set for pretrial conference and status of the 601.10(b) evaluation/report, and all pending pleadings, on August 9, 2023 at 11:30 a.m. via zoom.

ENTERED:

_____ #1766

JUDGE

Enrico J. Mirabelli
Karen V. Paige
Candace L. Meyers
**BEERMANN LLP**
Attorneys for Respondent
161 N. Clark St., Ste. 3000
Chicago, IL 60601
Tel: 312-621-9700
Firm No. 80095
ejmirabelli@beermannlaw.com
kpaige@beermannlaw.com
clmeyers@beermannlaw.com

Joseph P. O'Brien
**Opal O'Brien LLC**
Attorneys for Petitioner
joe@opalobrien.com
service@opalobrien.com
Firm No. 59789

Vanessa Hammer
**Guardian ad Litem**
vhammer@hsqlawfirm.com

C 505

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION

IN RE: THE FORMER MARRIAGE OF    )
                                          )

KENTON GIRARD,                   )
           Petitioner,     )
                                           )

     and                    )    No.    2015 D 009633
                                           )

JANE GIRARD,                  )
           Respondent,    )
                                           )

     and                   )
MARISSA GIRARD,            )
           Third Party Respondent )

> **ENTERED**
> Judge William Stewart Boyd-1760
> **JUN 16 2023**
> IRIS Y. MARTINEZ
> CLERK OF THE CIRCUIT COURT
> OF COOK COUNTY, IL

### ORDER

THIS MATTER coming before the Court for presentment of Respondent's *Motion to Compel Compliance with Discovery*; the parties being represented by their counsel; the Court having jurisdiction over the parties and subject matter herein and being duly advised in the premises;

**IT IS HEREBY ORDERED:**

1.    Petitioner is granted twenty-eight (28) days to respond to Respondent's *Motion to Compel Compliance with Discovery*.

2.    The *Motion to Compel Compliance with Discovery* is set for hearing on August 9, 2023 at 11:30 a.m.

ENTERED:

_____ #1760
JUDGE

Enrico J. Mirabelli
Karen V. Paige
Candace L. Meyers
**BEERMANN LLP**
Attorneys for Respondent
161 N. Clark St., Ste. 3000
Chicago, IL 60601
Tel: 312-621-9700
Firm No. 80095
ejmirabelli@beermannlaw.com
kpaige@beermannlaw.com
clmeyers@beermannlaw.com

Joseph P. O'Brien
**Opal O'Brien LLC**
Attorneys for Petitioner
joe@opalobrien.com
service@opalobrien.com
Firm No. 59789

Vanessa Hammer
**Guardian ad Litem**
vhammer@hsqlawfirm.com

C 506

**· IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION**

IN RE: THE FORMER MARRIAGE OF )
)
KENTON GIRARD, )
          Petitioner, )
)
   and )   No.   2015 D 009633
)
JANE GIRARD, )
          Respondent, )
)
   and )
MARISSA GIRARD, )
        Third Party Respondent )

> **ENTERED**
> Judge William Stewart Boyd-1760
> **JUL 18 2023**
> IRIS Y. MARTINEZ
> CLERK OF THE CIRCUIT COURT
> OF COOK COUNTY, IL

## ORDER

THIS MATTER coming before the Court for Respondent's oral presentment of Motion for Temporary Restraining Order, Motion to Appoint a Child Representative, Petitioner's Motion to Modify the Joint Parenting Agreement and Custody Judgment, Respondent's Motion to Enforce the Joint Parenting Agreement and Custody Judgment, Respondent's Motion for Service by Special Order of Court; the parties being represented by their counsel and appearing on zoom, GAL appearing on zoom; the Court having jurisdiction over the parties and subject matter herein and being duly advised in the premises;

*42LT*

**IT IS HEREBY ORDERED:**

    1.    Petitioner's Motion to Modify the Joint Parenting Agreement and Custody Judgment and Respondent's Motion to Enforce the Joint Parenting Agreement and Custody Judgment are entered and continued;

    2.    Respondent's Motion for Service by Special Order of Court is resolved as Eric Pfanenstiel filed his Appearance on behalf of Marissa Girard;

    3.    The Court, *sua sponte*, appoints Joel Levin as the Child Representative pursuant to separate order of court.

4.     Respondent's oral presentment of Motion for Temporary Restraining Order is pending filing of written Motion and continued to July 19, 2023 at 10:45 a.m. via zoom.

ENTERED:

JUDGE

Enrico J. Mirabelli
Karen V. Paige
Candace L. Meyers
**BEERMANN LLP**
Attorneys for Respondent
161 N. Clark St., Ste. 3000
Chicago, IL 60601
Tel: 312-621-9700
Firm No. 80095
eimirabelli@beermannlaw.com
kpaige@beermannlaw.com
clmeyers@beermannlaw.com

Eric Pfanenstiel
epfanenstiel@jbpfamilylaw.com

Joseph P. O'Brien
**Opal O'Brien LLC**
Attorneys for Petitioner
joe@opalobrien.com
service@opalobrien.com
Firm No. 59789

Vanessa Hammer
**Guardian ad Litem**
vhammer@hsqlawfirm.com

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION**

IN RE: THE FORMER MARRIAGE OF　　）
　　　　　　　　　　　　　　　　　）
KENTON GIRARD,　　　　　　　　　）
　　　　　　　Petitioner,　　　　　　）
　　　　　　　　　　　　　　　　　）
　　and　　　　　　　　　　　　　　）　No.　　2015 D 009633
　　　　　　　　　　　　　　　　　）
JANE GIRARD,　　　　　　　　　　 ）
　　　　　　　Respondent,　　　　　　）
　　　　　　　　　　　　　　　　　）
　　and　　　　　　　　　　　　　　）
MARISSA GIRARD,　　　　　　　　　）
　　　　　　　Third Party Respondent　）

```
E N T E R E D
Judge William Stewart Boyd-1760
      JUL 25 2023
     IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
    OF COOK COUNTY, IL
```

## <u>ORDER</u>

THIS MATTER coming before the Court on July 25, 2023 for status; Counsel for each of the parties and the Third-Party Respondent, the Guardian Ad Litem, and the Child Representative appearing via Zoom; the Court having jurisdiction over the parties and subject matter herein and being otherwise fully advised in the premises;

**The Court FINDS:**

1. A Children's Representative was appointed pursuant to Section 506 of the IMDMA in this matter on or about July 14, 2023.

2. A forensic evaluation was previously ordered pursuant to Section 604.10(b) of the IMDMA, and said evaluation is in progress.

3. Based upon the appointment of the Children's Representative and the ongoing 604.10(b) evaluation, the Court has sufficient resources to assist the Court in the determination of the children's best interests. Therefore, multiple appointments with respect to the best interest of the children would be duplicative and not in the interests of judicial economy.

4. Counsel for the parties and third-party respondent raised no objection to the discharge of the previously appointed Guardian ad Litem.

1

C 596

**THEREFORE, IT IS HEREBY ORDERED:**

　　　1.　　Vanessa L. Hammer is hereby discharged as the Guardian ad Litem in this matter, *instanter*.

ENTERED:

_____  #1726

JUDGE

| | | |
|---|---|---|
| Enrico J. Mirabelli | Joseph P. O'Brien | Vanessa Hammer |
| Karen V. Paige | **Opal O'Brien LLC** | **Guardian ad Litem** |
| Candace L. Meyers | Attorneys for Petitioner | vhammer@hsqlawfirm.com |
| **BEERMANN LLP** | joe@opalobrien.com | |
| Attorneys for Respondent | service@opalobrien.com | |
| 161 N. Clark St., Ste. 3000 | Firm No. 59789 | |
| Chicago, IL 60601 | | |
| Tel: 312-621-9700 | | |
| Firm No. 80095 | | |
| ejmirabelli@beermannlaw.com | | |
| kpaige@beermannlaw.com | | |
| clmeyers@beermannlaw.com | | |

Eric Pfanenstiel
Attorney for Third Party Respondent
epfanenstiel@jbpfamilylaw.com

Joel Levin, Children's Representative
jlevin@levinfamilylaw.com
service@levinfamilylaw.com

2

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION**

IN RE: THE FORMER MARRIAGE OF )
                                  )
KENTON GIRARD, )
          Petitioner, )
                                  )
   and                        )   No.   2015 D 009633
                                    )
JANE GIRARD, )
          Respondent, )
                                  )
   and )
MARISSA GIRARD, )
          Third Party Respondent )

E N T E R E D
Judge William Stewart Boyd-1760

**JUL 25 2023**

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

## <u>ORDER</u>

THIS MATTER coming before the Court for status on July 19, 2023, pursuant to the Court's Order on July 14, 2023; the Court having reviewed courtesy copies of Respondent's *Emergency Motion for Temporary Restraining Order and For Other Relief,* Kenton's *Response to Emergency Petition for TRO,* and Third-Party Respondent's *Response to Emergency Petition for Temporary Restraining Order, and for Other Relief,* the parties each present on Zoom; each party's counsel, the Guardian Ad Litem and the Child Representative appearing via Zoom; the Court having met with all counsels in a breakout room and having heard argument from counsels, a status from the Child Representative of his upcoming appointments with Kenton and Jane, and a report from the GAL, between 10:45 a.m. and 11:45 a.m., at the conclusion of which the Court made the order set forth herein; the Court having jurisdiction over the parties and subject matter herein and being duly advised in the premises;

**IT IS HEREBY ORDERED:**

    1. Respondent's *Emergency Motion for Temporary Restraining Order and For Other Relief* is granted in part, specifically as to the deletion of social media postings as set forth herein and not allowing any further posting as set forth herein; and denied in part, specifically as to paragraphs c. – f on page 8 of said pleading, including Jane's requested relief for the Court to order the children's cell phones and other electronic devices to be placed with the Child Representative.

    2. Kenton Girard, Petitioner (hereinafter "Kenton"), and Marissa Girard, Third Party Respondent (hereinafter "Marissa"), shall oversee the

C 598

deletion of all of the minor children's social media postings which relate to the instant litigation/ case, including but not limited to postings that relate to this case on: Instagram accounts (including but not limited to ), TikTok accounts, Facebook accounts, and/or any other social media accounts, platforms and/or web sites. Kenton and Marissa shall oversee that the children delete all such postings within 24 hours of this Court's Order.

3. Kenton Girard, Petitioner, and Marissa Girard, Third Party Respondent, shall instruct the minor children, and shall oversee, that neither child shall post any social media postings related to the instant litigation.

4. The Court finds that the children have the relationship with Kenton and reside solely with Kenton and Marissa (though not via Court Order); as such, Kenton shall inform the children of the appointment of the Child Representative, Joel Levin, prior to the children's first meeting with him.

5. Kenton and Marissa shall oversee and shall instruct the children not to communicate with or be interviewed by any reporters, media personalities, and the like. ~~Likewise, no party to this case shall communicate with or be interviewed by any reporters, media personalities and the like.~~ *WED*

6. Pre Trial date of August 9, 2023 at 11:30 a.m., previously set by the Court, stands. All pending Motions of the parties, including but not limited to Kenton's Motions for In-Camera Interview, are entered and continued to said Pre-Trial.

ENTERED:

JUDGE

Enrico J. Mirabelli
Karen V. Paige
Candace L. Meyers
**BEERMANN LLP**
Attorneys for Respondent
161 N. Clark St., Ste. 3000
Chicago, IL 60601
Tel: 312-621-9700
Firm No. 80095
ejmirabelli@beermannlaw.com
kpaige@beermannlaw.com
clmeyers@beermannlaw.com

Joseph P. O'Brien
**Opal O'Brien LLC**
Attorneys for Petitioner
joe@opalobrien.com
service@opalobrien.com
Firm No. 59789

Vanessa Hammer
**Guardian ad Litem**
vhammer@hsqlawfirm.com

Eric Pfanenstiel
Attorney for Third Party Respondent
epfanenstiel@jbpfamilylaw.com

Joel Levin, Children's Representative
jlevin@levinfamilylaw.com
service@levinfamilylaw.com

Page 3 of 3

C 600

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT – DOMESTIC RELATIONS DIVISION

IN RE: THE FORMER MARRIAGE OF     )

KENTON GIRARD,                       )
           Petitioner,            )    No. 15 D 009633
                             )    Cal. 45
    and                           )
                             )
JANE GIRARD,                   )
           Respondent,       )
                             )
    and                           )
                             )
MARISSA GIRARD,           )
           Third-Party Respondent.    )

**ENTERED**
Judge William Stewart Boyd-1760
**AUG 07 2023**
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

## ORDER

This matter coming before the Court upon Third-Party Respondent, MARISSA GIRARD's, oral motion for leave to amend her Response to Emergency Petition for Temporary Restraining Order, and for Other Relief; Petitioner and Respondent being represented by counsel and the minor children being represented by the Guardian ad Litem, Vanessa Hammer, and Child Representative, Joel Levin; the Court having jurisdiction over the parties and subject matter herein and being duly advised in the premises;

**IT IS HEREBY ORDERED:**

1. Marissa Girard's oral motion for leave to amend scrivener's error in her Response to Emergency Petition for Temporary Restraining Order is granted.

Dated: <u>July 19, 2023</u>

ENTER:

_____ #1760

JUDGE

JACKSON BUCKLEY & PFANENSTIEL, LLP
Attorney for Third-Party Respondent
1044 N. Western Avenue, Suite F
Lake Forest, Illinois 60045
Telephone No. (847) 457-4848
Service: <u>Service@jbpfamilylaw.com</u>

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – DOMESTIC RELATIONS DIVISION
FIRST MUNICIPAL DISTRICT – DALEY CENTER, CHICAGO

**IN RE THE FORMER MARRIAGE OF:**

KENTON GIRARD,
        **Plaintiff,**    )
        )
vs.               )   No. **2015 D 009633**
               )   Calendar **32**
JANE GIRARD,    )
        **Defendant.**   )



**ENTERED**
Judge William Stewart Boyd-1760
AUG 16 2023
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

### ORDER AUGUST 9, 2023

This matter coming before the Court for Pre-Trial Conference, and for presentment of Jane's Petition for Indirect Civil Contempt, and presentment of Kenton's Motion to Stay, the attorneys appearing, the child representative Joel Levin appearing, the Court conducting a Pre-Trial Conference; and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED AS FOLLOWS:**

1) Dr. Amabile's 604.10(b) Report shall not be released to any party, attorney, or the attorney for the children, or the previously appointed Guardian ad Litem, or to any individual, until further Order of Court.

2) The attorney for the children, Joel Levin, shall contact Dr. Amabile to inform Dr. Amabile that she is not to release her report until further Order of Court.

3) Joel Levin's oral motion to seal the file is denied.

4) The attorneys are ordered to participate in a settlement conference before the next Court date.

5) This matter is set for status of settlement on September 14, 2023 at 3:00 p.m. on ZOOM.

_____       _____ #1760
DATED                        COURT

**Joseph P. O'Brien**
joe@opalobrien.com
**OPAL O'BRIEN LLC *#59789***
310 S. County Farm Road, Suite D
Wheaton, Illinois 60187
(630) 384-0165
Electronic Service: **service@opalobrien.com**



No. 1-23-1372

## IN THE APPELLATE COURT OF ILLINOIS,
### FIRST JUDICIAL DISTRICT

| | | |
|---|---|---|
| IN RE: THE FORMER MARRIAGE OF | ) | |
| | ) | |
| KENTON GIRARD, | ) | |
| Petitioner, | ) | |
| | ) | |
| and | ) | On appeal from the Circuit Court |
| | ) | of Cook County |
| JANE GIRARD, | ) | Domestic Relations Division |
| Respondent/Appellee, | ) | No. 2015 D 009633 |
| | ) | Honorable Judge William Stewart Boyd |
| and | ) | Judge Presiding |
| | ) | |
| MARISSA GIRARD, | ) | |
| Third-Party Respondent/Appellant. | ) | |

### ORDER

This matter coming before the Appellate Court of Illinois, First Judicial District, on Jackson Buckley & Pfanenstiel LLP's Motion to Withdraw as Counsel for Appellant/Third-Party Respondent, *Instanter* pursuant to Illinois Supreme Court Rule 13, proper notice having been given to the Appellant/Third-Party Respondent, and the court being advised in the premises, IT IS HEREBY ORDERED:

1. Jackson Buckley & Pfanenstiel LLP's Motion to Withdraw as Counsel for Appellant/Third-Party Respondent, *Instanter*, is granted.

2. Ms. Girard shall file an Appearance either through counsel or as a *pro se* litigant with the Appellate Court of Illinois, First Judicial District, by September 4, 2023.

ENTERED:

Terrence Lavin
_____
JUSTICE

Prepared by:
JACKSON BUCKLEY & PFANENSTIEL, LLP
ARDC No. 6300551
1044 N. Western Avenue, Suite F
Lake Forest, Illinois 60045
Telephone No. (847) 457-4848
Service: Service@jbpfamilylaw.com

## ORDER ENTERED

### AUG 2 8 2023

APPELLATE COURT FIRST DISTRICT

No. 1-23-1361

## IN THE APPELLATE COURT OF ILLINOIS
## FIRST JUDICIAL DISTRICT

IN RE THE FORMER MARRIAGE OF:

| | | |
|---|---|---|
| KENTON GIRARD | ) | Appeal to the Appellate Court of Illinois |
| Petitioner/Appellant, | ) | from the Circuit Court of |
| | ) | Cook County, Illinois |
| and | ) | Domestic Relations Division |
| | ) | |
| JANE GIRARD, | ) | No. 2015 D 009633 |
| Respondent/Appellee. | ) | |
| | ) | The Honorable William S. Boyd, |
| and | ) | Judge Presiding |
| | ) | |
| MARISSA GIRARD, | ) | |
| Third-Party Respondent/Appellant. | ) | |

### ORDER

This matter coming before the Appellate Court of Illinois, First Judicial District, on OPAL O'BRIEN LLC's Motion to Withdraw as Counsel for Appellant/Petitioner, *Instanter* pursuant to Illinois Supreme Court Rule 13, proper notice having been given to the Appellant/Petitioner, and the court being advised in the premises, IT IS HEREBY ORDERED:

1.  OPAL O'BRIEN LLC's Motion to Withdraw as Counsel for Appellant/Petitioner, *Instanter*, is granted.

2.  Mr. Girard shall file an Appearance either through counsel or as a *pro se* litigant with the Appellate Court of Illinois, First Judicial District, on or before September 5, 2023.

ENTERED: **Terrence Lavin**

JUSTICE

Prepared by:
Joseph P. O'Brien
OPAL O'BRIEN LLC
Attorneys for Appellant/Petitioner
310 S County Farm Road, Suite D
Wheaton, Illinois 60187
Telephone No. (630) 384-0165
ARDC # 6297312

## ORDER ENTERED

AUG 2 9 2023

**APPELLATE COURT FIRST DISTRICT**

## IN THE CIRCUIT COURT OF THE COOK COUNTY, ILLINOIS
## DOMESTIC RELATIONS DIVISION

IN RE THE FORMER MARRIAGE OF: )
)
KENTON GIRARD, )
)
    Petitioner, )    15 D 9633
)
JANE GIRARD, )
)
    Respondent, )
)
    and )
)
MARISSA GIRARD, )
)
    Third-Party Respondent. )

**ENTERED**
Judge William Stewart Boyd-1760

**AUG 3 0 2023**

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

### ORDER

This cause coming to be heard on Jackson Buckley & Pfanenstiel LLP's Motion to Withdraw as Counsel for Third-Party Respondent, *Instanter*, the Third-Party Respondent, MARISSA GIRARD having been given notice and being present in open court via Zoom, Carly Kenny appearing on behalf of Jackson Buckley & Pfanenstiel LLP, Petitioner appearing personally and through counsel, Respondent appearing through counsel, Joel Levin appearing as the Child Representative, and the Court being fully advised in the premises and having jurisdiction over the parties and subject matter:

IT IS HEREBY ORDERED:

1.    Jackson Buckley & Pfanenstiel LLP's Motion to Withdraw as Counsel for Third-Party Respondent, Marissa Girard, is granted. Jackson Buckley & Pfanenstiel, LLP is given leave to withdraw as counsel for Marissa Girard, *instanter*. Jackson Buckley & Pfanenstiel, LLP is given leave to file a Petition for Attorneys' Fees and Costs, if necessary.

2.    Marissa Girard (the previously represented party) is granted leave to file her appearance, either *pro se* or otherwise, *instanter*, with the Clerk of the Circuit Court of Cook County within 21 days, on or before September 19, 2023.

ENTERED:

_____ #1760

JUDGE

Prepared by:
JACKSON BUCKLEY & PFANENSTIEL, LLP
Attorney No. 99796
1044 N. Western Avenue, Suite F
Lake Forest, Illinois 60045
Telephone No. (847) 457-4848
Service: Service@jbpfamilylaw.com

C 685



Service Emails:

Joseph P. O'Brien (Former Attorney for Kenton Girard)
joe@opalobrien.com
service@opalobrien.com

Kenton Girard (Petitioner)
kg5252@yahoo.com

Eric R. Pfanenstiel (Former Attorney for Marissa Girard)
epfanenstiel@jbpfamilylaw.com
service@jbpfamilylaw.com

Marissa Girard (Third-Party Respondent)
marissadakis@gmail.com
service@2015d009633.co.site

Enrico J. Mirabelli (Attorneys for Respondent)
ejmirabelli@beermannlaw.com
Karen V. Paige
kpaige@beermannlaw.com
Candace L. Meyers
clmeyers@beermannlaw.com
Martha Steele
msteele@beermannlaw.com
Patricia A. Rice
parice@beermannlaw.com

Joel J. Levin (Child Representative)
jlevin@levinfamilylaw.com

Order Regarding Substitution of Judge or Recusal          (Rev. 12/01/20) CCDR 0634

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE: ☑ Marriage ☐ Civil Union ☐ Legal Separation ☐ Allocation of Parental Responsibilities
☐ Visitation (Non-Parent) ☐ Support ☐ Parentage of:

**KENTON GIRARD**             No.: **2015 D 009633**
Petitioner

and

**JANE GIRARD**             Calendar: **C**
Respondent

**MARISSA GIRARD**
Third Party Respondent

### ORDER REGARDING SUBSTITUTION OF JUDGE OR RECUSAL

THIS CAUSE being properly before the Court, and Court being advised in the premises:

☐ IT IS ORDERED THAT: pursuant to a Petition for Substitution of Judge filed by the

☑ Petitioner ☐ Respondent 4100 ☐     8283 ☑ for cause, the above entitled cause is

hereby transferred to the 8282 ☑ PRESIDING JUDGE 4201 ☐ PRELIMINARY JUDGE OF

Team _____ for reassignment <u>for hearing on Petitioner's Motion to Recuse.</u>

☐ IT IS ORDERED THAT: the assigned judge having recused himself/herself pursuant to Supreme Court Rule 63(c)

4110 and having withdrawn from further proceedings in this cause, the above entitled cause is hereby transferred to

the 8282 ☐ PRESIDING JUDGE 4201 ☐ PRELIMINARY JUDGE of

Team _____ for reassignment.

Atty. No.: **80095**
Name: **Karen V. Paige / Beermann LLP**
Attorney for : **Respondent, Jane Girard**
Address: **161 North Clark Street, Suite 3000**
City/State/Zip Code: **Chicago, IL 60601**     **ENTERED:**
Telephone: **(312) 621-9700**     Dated: _____
Primary Email Address:
**kpaige@beermannlaw.com**
Secondary Email Address:     _____ #1766
**parice@beermannlaw.com**     Judge                Judge's No.
Other Email Address:

_____

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION**

IN RE MARRIAGE OF:

Kenton Girard,

          Petitioner,

          v.                           Case No.: 15D9633

Jane Girard,

          Respondent

ENTERED
Judge Regina Scannicchio-2059
OCT 18 2023
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

Hearing Order

This matter comes before this court on a trial assignment for Substitution of Judge for cause and the court being fully advised in the premises;

IT IS HEREBY ORDERED this matter shall be heard in person on Friday, October 27, 2023 at 11:00am before the Honorable Naomi Schuster, Calendar 22, Room 3007. The hearing date of October 17, 2023 is stricken.
Copies of this order shall be sent to: kpaige@beermannlaw.com, mdelster@beermannlaw.com, jlevin@levinfamilylaw.com, kg5252@yahoo.com and marissadakis@gmail.com

DATE:
October 18, 2023

Acting Presiding Judge Regina Scannicchio

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION**

IN RE: THE FORMER MARRIAGE OF )
                                )
KENTON GIRARD,                )
            Petitioner,      )
                                )
     and                  )   No.    2015 D 009633
                                )
JANE GIRARD,              )   Cal. 22
            Respondent,    )
                                )
     and                  )
                                )
MARISSA GIRARD,        )
          Third Party Respondent.  )

**ENTERED**

Oct. 31, 2023

Iris Y. Martinez
Clerk of the Circuit Court
of Cook County, IL

DEPUTY CLERK *cfs*

**ORDER**

THIS MATTER coming before the Hon. Naomi H. Schuster for hearing on Petitioner's *Motion to Recuse the Hon. William S. Boyd*, all parties appearing in person, Respondent also appearing through counsel, the Court having considered the parties' respective filings and argument, and being fully advised in the premises, IT IS HEREBY ORDERED THAT:

      1.     For the reasons stated on the record, Petitioner's *Motion to Recuse the Hon. William S. Boyd* is DENIED.

      2.     Respondent is granted leave to file, within 7 days, a motion seeking fees and costs incurred in her defense of Petitioner's *Motion to Recuse* pursuant to Supreme Court Rule 137 and section 508(b) of the IMDMA. Said Motion shall be heard by Judge Boyd.

      3.     This mater shall be transferred back to Calendar C by separate order.

                             ENTERED:

                            s\ *Naomi H. Schuster 1966*
                                 JUDGE

Order Prepared By
**BEERMANN LLP**
Attorneys for Respondent
161 N. Clark St., Ste. 3000
Chicago, IL 60601
Tel: 312-621-9700
Firm No. 80095
ejmirabelli@beermannlaw.com
kpaige@beermannlaw.com
clmeyers@beermannlaw.com

Copies to
jlevin@levinfamilylaw.com
service@levinfamilylaw.com
kg5252@yahoo.com
marissadakis@gmail.com

**4201/4282 - Transfer to Judge    4295 - Close Discovery - Allowed**
**8201 - Return for Random Assignment**
Orders of Transfer, Assignment and Reassignment                    (06/16/21) CCDR 0014 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE: ☑ Marriage  ☐ Civil Union  ☐ Legal Separation  ☐ Allocation of Parental Responsibilities
        ☐ Visitation (Non-Parent)  ☐ Support  ☐ Parentage of:

| | | |
|---|---|---|
| KENTON GIRARD | | **ENTERED** |
| Petitioner | Case No. 2015 D 9633 | Oct. 31, 2023 |
| and | | Iris Y. Martinez |
| | Calendar 22 | Clerk of the Circuit Court of Cook County, IL |
| JANE GIRARD | | |
| Respondent | | DEPUTY CLERK _cfs_ |

### ORDERS OF TRANSFER, ASSIGNMENT AND REASSIGNMENT

This Cause being properly before the Court, and the Court being advised in the premises:

I.  Transfers (Temporary)

  ☐  That this cause is transferred to the  ☐ 4852 - Reconciliation Calendar  ☐ 4853 - Military Calendar.

     All existing orders shall remain in full force and effect except _____ .

  ☐  That this cause is transferred to the Collaborative Process Calendar.  All prior orders of court, including
     access to the court for enforcement and discovery, shall be considered suspended, and all proceeding shall
     be stayed , unless other wise expressly provided by law, agreement of the parties, or order by the court.

  ☐  That this cause be returned from the  ☐ 4752 - Reconciliation Calendar  ☐ 4753 - Military Calendar
                                            ☐ Collaborative Process Calendar.

  ☐  4282  IT IS ORDERED that the above entitled cause is transferred to Judge _____

     Calendar _____ for _____ .

  ☐  Pretrial  ☐ Contested Motion for _____ .
     all other matters being retained by the Preliminary Judge.

  ☑  4201  IT IS ORDERED that this cause is returned to Judge  William S. Boyd _____

     Calendar _C_____ for further proceedings, the transferred matter being concluded.

II. Assignment (Trial)

  ☐  It is Ordered that:

     ☐  4295  Discovery is closed as of  _____ .

     ☐  4482  This cause is set for Trial before Judge _____

           Calendar _____

           Instanter.  All parties or their counsel shall proceed immediately to courtroom _____ .

Note:  Cases set for trial can only be continued for cause, on motion pursuant to Supreme Court Rule and
       Domestic Relations General Order 86 D-1.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 2

**Orders of Transfer, Assignment and Reassignment**                    **(06/16/21) CCDR 0014 B**

III. Reassignments to or from Presiding Judge

☐ 8282 This Cause coming before the court for reassignment, IT IS HEREBY ORDERED that this is assigned to the Presiding Judge for: ☐ Hearing; ☐ Consolidation within the

Division: Case Number _____ Calendar _____;

or ☐ Other _____.

☐ 8201 Clerk for the Circuit Court for random electronic assignment to a calendar:

☐ Preliminary ☐ Individual ☐ Post-Judgment ☐ Expedited Child Support

☐ Excluding Calendar(s) _____

ENTERED:

Dated: _____10/27/23_____

s\ *Naomi H. Schuster 1966*
_____
Judge                           Judge's No.

Atty. No.: ___80095___

Atty Name: ___Matthew Elster/Beermann LLP___

Atty. for: ___Respondent___

Address: ___161 N Clark Street #3000___

City: ___Chicago___ State: ___IL___

Zip: ___60601___

Telephone: ___3126219700___

Primary Email: ___kpaige@beermannlaw.com___

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION**

IN RE: THE FORMER MARRIAGE OF )
)
KENTON GIRARD, )
               Petitioner, )
)
    and )    No.   2015 D 009633
)
JANE GIRARD, )
               Respondent, )
)    CAL: C
    and )
)
MARISSA GIRARD, )
         Third Party Respondent. )

```
ENTERED
Judge William Stewart Boyd-1760
NOV 17 2023
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
```

## ORDER

**THIS MATTER** coming before the Court for Status and presentation of Respondent's Motion for 137 Sanctions and 508(b) Fees filed 11/6/2023 and Motion to Release Dr. Amabile's Report filed 11/6/2023, due notice given; Jane Girard represented by counsel appearing on zoom, Petitioner and Third Party Respondent having filed pro se Appearance, Petitioner appearing on Zoom; and the minor children being represented by Joel Levin who appeared on Zoom; and the Court having jurisdiction over the parties and subject matter herein and being duly advised in the premises;

**IT IS HEREBY ORDERED:**

1.    Kenton Girard shall pay his outstanding balance in full to Dr. Amabile by December 8, 2023. The parties reserve the right to review the billing statements and thereafter pose questions regarding same.

1

2.     This matter is set for hearing on Respondent's Motion for 137 Sanctions and 508(b) Fees filed and Motion to Release Dr. Amabile's Report **January 10, 2024 at 8:30 a.m.** via Zoom (Meeting ID: 864 6297 1874 Passcode: 672037)- Calendar C.

3.     This matter is set for hearing on Respondent's Second Petition for Indirect Civil Contempt of Court on **February 9, 2024 at 1:00 p.m., in person 1605**, if rule issues it shall be returnable *instanter.* All parties shall appear.

4.     Petitioner and Third Party Respondent are granted 21 days to respond to the Respondent's Second Petition for Indirect Civil Contempt of Court (if not already responded), Respondent's Motion for 137 Sanctions and 508(b) Fees filed and Motion to Release Dr. Amabile's Report.

ENTERED:

_____

JUDGE

Order Prepared By
**BEERMANN LLP**
Attorneys for Respondent
161 N. Clark St., Ste. 3000
Chicago, IL 60601
Tel: 312-621-9700
Firm No. 80095
ejmirabelli@beermannlaw.com
kpaige@beermannlaw.com
clmeyers@beermannlaw.com

Copies to
jlevin@levinfamilylaw.com
service@levinfamilylaw.com
kg5252@yahoo.com
marissadakis@gmail.com

2

From Firstcomm Fax      Thu 29 Feb 2024 10:02:12 AM CST      Page 3 of 3

Order Regarding Substitution of Judge or Recusal         (Rev. 12/01/20) CCDR 0634

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE: ☑ Marriage ☐ Civil Union ☐ Legal Separation ☐ Allocation of Parental Responsibilities
☐ Visitation (Non-Parent) ☐ Support ☐ Parentage of:

**KENTON GIRARD** _____
Petitioner
       and

**JANE GIRARD** _____
Respondent

No.: 2015 D 9633

Calendar: 34

ENTERED
Judge Dominique Ross-2008
FEB 2 9 2024
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

## ORDER REGARDING SUBSTITUTION OF JUDGE OR RECUSAL

THIS CAUSE being properly before the Court, and Court being advised in the premises:

☑ IT IS ORDERED THAT: pursuant to a Petition for Substitution of Judge timely filed by the

☐ Petitioner ☑ Respondent 4100 ☑ as of right 8283 ☐ for cause, which has been granted, the above entitled cause is

hereby transferred to the 8282 ☒ PRESIDING JUDGE 4201 ☒ PRELIMINARY JUDGE OF

Team _____ C _____ for reassignment.

☐ IT IS ORDERED THAT: the assigned judge having recused himself/herself pursuant to Supreme Court Rule 63(c)

4110 and having withdrawn from further proceedings in this cause, the above entitled cause is hereby transferred

to the 8282 ☐ PRESIDING JUDGE 4201 ☐ PRELIMINARY JUDGE of

Team _____ for reassignment.

Atty. No.: **80095**
Name: **BEERMANN LLP**
Attorney for : **Jane Girard**
Address: **161 North Clark St. , Suite 3000**
City/State/Zip Code: **Chicago, IL 60601**
Telephone: **(312) 627-9700**
Primary Email Address:
**kpaige@beermannlaw.com**
Secondary Email Address:

Other Email Address:

_D. Ross 2008_

ENTERED:

Dated: _____

_____
Judge            Judge's No.

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Page 1 of 1

**4201/4282 – Transfer to Judge   4295 – Close Discovery – Allowed**
**8201 – Return for Random Assignment**
**Orders of Transfer, Assignment and Reassignment**                    **(06/16/21) CCDR 0014 A**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE: ☐ Marriage  ☐ Civil Union  ☐ Legal Separation  ☐ Allocation of Parental Responsibilities
☐ Visitation (Non-Parent)  ☐ Support  ☐ Parentage of:

| Kenton Girard | | |
|---|---|---|
| | Petitioner | Case No.   2015d9633 |
| and | | Calendar   C |
| Jane Girard | | |
| | Respondent | |

**ENTERED**
MAR 01 2024
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

## ORDERS OF TRANSFER, ASSIGNMENT AND REASSIGNMENT

This Cause being properly before the Court, and the Court being advised in the premises:

I.  Transfers (Temporary)

☐  That this cause is transferred to the   ☐ 4852 - Reconciliation Calendar   ☐ 4853 - Military Calendar.

All existing orders shall remain in full force and effect except _____.

☐  That this cause is transferred to the Collaborative Process Calendar. All prior orders of court, including access to the court for enforcement and discovery, shall be considered suspended, and all proceeding shall be stayed , unless other wise expressly provided by law, agreement of the parties, or order by the court.

☐  That this cause be returned from the   ☐ 4752 - Reconciliation Calendar   ☐ 4753 - Military Calendar
☐ Collaborative Process Calendar.

☑  4282 IT IS ORDERED that the above entitled cause is transferred to Judge  Trowbridge

Calendar  31  for  all post decree matters

☐  Pretrial  ☐ Contested Motion for _____
all other matters being retained by the Preliminary Judge.

☐  4201 IT IS ORDERED that this cause is returned to Judge _____

Calendar _____ for further proceedings, the transferred matter being concluded.

II.  Assignment (Trial)

☐  It is Ordered that:

☐  4295  Discovery is closed as of _____.

☐  4482  This cause is set for Trial before Judge _____

Calendar _____

Instanter. All parties or their counsel shall proceed immediately to courtroom _____.

Note:  Cases set for trial can only be continued for cause, on motion pursuant to Supreme Court Rule and Domestic Relations General Order 86 D-1.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 2

**Orders of Transfer, Assignment and Reassignment**          (06/16/21) CCDR 0014 B

III. Reassignments to or from Presiding Judge

☐  8282  This Cause coming before the court for reassignment, IT IS HEREBY ORDERED that this is

assigned to the Presiding Judge for:  ☐ Hearing;  ☐ Consolidation within the

Division: Case Number _____  Calendar _____ ;

or ☐ Other _____ .

☐  8201  Clerk for the Circuit Court for random electronic assignment to a calendar:

☐ Preliminary  ☐ Individual  ☐ Post-Judgment  ☐ Expedited Child Support

☐ Excluding Calendar(s) _____

ENTERED:

Dated: _____

Judge Judge Jill Rose Quinn          Judge's No.

MAR 01 2024

CIRCUIT COURT - 2286

Atty. No.: _____

Atty Name: _____

Atty. for: _Order of Court_____

Address: _____

City: _____  State: _____

Zip: _____

Telephone: _____

Primary Email: _____

Order Regarding Substitution of Judge or Recusal          (Rev. 12/01/20) CCDR 0634

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE:    ☑ Marriage   ☐ Civil Union   ☐ Legal Separation   ☐ Allocation of Parental Responsibilities
         ☐ Visitation (Non-Parent)   ☐ Support   ☐ Parentage of:

KENTON GIRARD                No.: 2015 D 9633
Petitioner

           and

JANE GIRARD                Calendar: 31
Respondent

## ORDER REGARDING SUBSTITUTION OF JUDGE OR RECUSAL

THIS CAUSE being properly before the Court, and Court being advised in the premises:

☑ IT IS ORDERED THAT: pursuant to a Petition for Substitution of Judge timely filed by the

☑ Petitioner ☐ Respondent 4100 ☑ as of right 8283 ☐ for cause, which has been granted, the above entitled cause is

hereby transferred to the 8282 ☐ PRESIDING JUDGE 4201 ☑ PRELIMINARY JUDGE OF

Team C _____ for reassignment.

☐ IT IS ORDERED THAT: the assigned judge having recused himself/herself pursuant to Supreme Court Rule 63(c)

4110 and having withdrawn from further proceedings in this cause, the above entitled cause is hereby transferred

to the 8282 ☐ PRESIDING JUDGE 4201 ☐ PRELIMINARY JUDGE of

Team _____ for reassignment.

Atty. No.: 80095
Name: BEERMANN LLP
Attorney for : Jane Girard, Respondent
Address: 161 North Clark St. , Suite 3000
City/State/Zip Code: Chicago, IL 60601
Telephone: (312) 627-9700
Primary Email Address:
kpaige@beermannlaw.com
Secondary Email Address:
clmeyers@beermannlaw.com
Other Email Address:

_____

Judge Bradley R. Trowbridge

APR 05 2024

Circuit Court - 2331

ENTERED:

Dated: _____

Judge _____ Judge's No.

## IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 1

**ENTERED**

Apr. 12, 2024

Iris Y. Martinez
Clerk of the Circuit Court
of Cook County, IL

DEPUTY CLERK _____

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION**

IN RE: THE FORMER MARRIAGE OF )
                                    )
KENTON GIRARD,               )
            Petitioner,       )
                                   )
    and                      )    No.   2015 D 009633
                                   )
JANE GIRARD,              )
            Respondent,    )
                                   )
    and                      )
                                   )
MARISSA GIRARD,         )
            Third Party Respondent.  )

*4234R/P*
*4215P/R*
*4406R*
*4801P/R*

## ORDER

    **THIS MATTER** coming before the Court for presentment of Respondent's Motion to Set Trial and Case Management Conference and Motion to Enforce 604.10(b) recommendations and presentation of Petitioner's Motion for Substitution of Judge as of Right (Judge Trowbridge) and Motion for 604.10(c) Evaluation; this matter being reassigned to Judge Goldfarb, Calendar 35, Kenton Girard present having filed his *Pro se* Appearance, attorneys for Jane Girard Beermann LLP present, Joel Levin representing the minor children present all via zoom, the third party respondent not appearing; this Court in Cal. 35 having conducted a pretrial conference;

**IT IS HEREBY ORDERED:**

    1)    Respondent is granted 21 days to respond to Petitioner's Motion for 604.10(c), should she choose;

    2)    Petitioner is granted 21 days to respond to Respondent's Motion to Set Trial and Case Management Conference and Motion to Enforce 604.10(b) Recommendations if not already responded to;

    3)    Within 7 days Kenton shall reach out to Dr. Robert Shapiro to determine the timeline Dr. Shapiro requires for Kenton's 601.10(c) evaluation. On April 26, 2024, Kenton shall report to the Court if he wants to move forward with the 604.10(c) evaluation at his sole cost;

    4)    Kenton and the children's request for an in-camera interview with the Court is agreed to take place at a later agreed-upon date, time, and

protocol. The 604.10(b) report shall be hand- delivered to the Court in Room 2805 in advance of the in-camera interview. The parties shall discuss protocol surrounding the in-camera interview at the April 26, 2024 court date. The parties will schedule the date to exchange proposed protocol on April 26, 2024.

5)      In addition to Paragraph 4 and 5 above, this matter is set for status of Kenton's payment of Joel Levin's fees and for the setting of a 218 Case Management conference on April 26, 2024 at 9:00 a.m. via zoom.


ENTERED:

*Renee Goldfarb*

Judge Renee Goldfarb


Order Prepared By
**BEERMANN LLP**
Attorneys for Respondent
161 N. Clark St., Ste. 3000
Chicago, IL 60601
Tel: 312-621-9700
Firm No. 80095
ejmirabelli@beermannlaw.com
kpaige@beermannlaw.com
clmeyers@beermannlaw.com

Copies to
jlevin@levinfamilylaw.com
service@levinfamilylaw.com
kg5252@yahoo.com
marissadakis@gmail.com

2

# Exhibit - C

**ENTERED**
May. 14, 2024
Iris Y. Martinez
Clerk of the Circuit Court
of Cook County, IL
DEPUTY CLERK _____

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION

| | |
|---|---|
| IN RE: THE FORMER MARRIAGE OF )<br><br>KENTON GIRARD, )<br>       Petitioner, )<br> )<br>  and )<br> )<br>JANE GIRARD, )<br>       Respondent, )<br> )<br>  and )<br> )<br>MARISSA GIRARD, )<br>       Third Party Respondent. ) | No.   2015 D 009633 |

## ORDER

**THIS MATTER,** coming before the Court for status of protocol surrounding the children's in-camera interview and 218 Case management conference;   Kenton Girard present having filed his *Pro se* Appearance, attorneys for Jane Girard, Beermann LLP, present, Joel Levin representing the minor children present all via zoom, the third party respondent not appearing; and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED:**

1) The children's in camera interview is set for June 10, 2024 at 2:00 p.m. at the Daley Center, Room 2805 with the following protocol;

    a. Joel Levin, the Children's Representative, shall report to the Court the children's willingness to allow his presence;

    b. Counsel for Respondent, Petitioner (pro se), and Third Party Respondent (pro se) have waived their right to be present for the interview;

    c. The Court shall conduct the in-camera interview in chambers with each child separately;

    d. The Court shall arrange for an official Court reporter.  The entire interview shall be recorded and the transcript of the interviews shall be filed under seal and released only upon order of court

    e. The parties and the Child's Representative may submit questions for the in-camera interview to the Court.  The questions shall remain confidential with the Court.  The questions do not have to be copied

to the other parties.  The Court shall determine what questions she asks the children.

2)    Petitioner's Motion for 604.10(c) is denied. Pursuant to the prior Order of Court, Respondent stated that Dr. Shapiro could not complete a report within 60 days and it is in the best interest of the children to have no more delays in this case.

3)    This matter shall proceed to immediate trial on outstanding pleadings on August 26, 2024 9:00 a.m.- 5:00 p.m.; August 27, 2024 1:00 p.m. – 5:00 p.m.; August 28, 2024 1:00 p.m.- 5:00 p.m.; August 29, 2024 9:00 a.m.- 5:00 p.m. at the Daley Center room 2805;

4)    The parties shall work together on a Case Management Order setting specific deadlines and discovery closure dates;

ENTERED:          5/14/24

*Renee Goldfarb* 1905
Judge Renee Goldfarb

Order Prepared By
**BEERMANN LLP**
Attorneys for Respondent
161 N. Clark St., Ste. 3000
Chicago, IL 60601
Tel: 312-621-9700
Firm No. 80095
ejmirabelli@beermannlaw.com
kpaige@beermannlaw.com
clrheyers@beermannlaw.com

Copies to
jlevin@levinfamilylaw.com
service@levinfamilylaw.com
kg5252@yahoo.com
marissadakis@gmail.com

2

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION**

IN RE: THE FORMER MARRIAGE OF )
)
KENTON GIRARD, )
                 Petitioner, )
)
    and )     No.    2015 D 009633
)
JANE GIRARD, )
               Respondent, )
)
    and )
)
MARISSA GIRARD, )
         Third Party Respondent. )

> **ENTERED**
>
> **Jun. 4, 2024**
>
> Iris Y. Martinez
> Clerk of the Circuit Court
> of Cook County, IL
>
> DEPUTY CLERK _____

## <u>ORDER</u>

     **THIS MATTER** coming before the Court pursuant to the appearance of Petitioner, Kenton Girard (hereinafter "Kenton"), before the Honorable William Stewart Boyd via Zoom regarding a Petition for Order of Protection filed by Kenton Girard which was denied on an emergency basis on some prior date by another judicial officer; no notice having been given to Respondent, Jane Girard, or her counsel; the Court having requested that counsel for Respondent appear; Petitioner, Kenton Girard, and Respondent's counsel, Karen V. Paige of Beermann LLP having appeared via Zoom before the Court on May 30, 2024;

THE COURT FINDS:
    A) Petitioner, Kenton Girard, provided no notice to Respondent or her counsel of the Petition for Order of Protection previously or for the appearance before Judge Boyd;
    B) This matter has been permanently assigned to Judge Renee Goldfarb.

**IT IS HEREBY ORDERED:**

    1)    Petitioner, Kenton Girard's, oral motion for the Court to hear the Petition for Order of Protection is denied;

    2)    Petitioner, Kenton Girard, shall provide the Petition for Order of Protection (and any other pleadings filed with said Petition), along with all exhibits; Orders from the Petition for Order of Protection; and any correspondence to the Court, via email to the attorneys at Beermann LLP at the email addresses below within 24 hours;

3)   Petitioner, Kenton Girard's, Petition for Order of Protection is entered and continued to Trial in this matter before Judge Renee Goldfarb on the previously-set dates (pursuant to Judge Goldfarb's Order of May 14, 2024) beginning August 26, 2024 in person.

ENTERED:

*William Stewart Boyd #1760*
Judge William Stewart Boyd

Order Prepared By
**BEERMANN LLP**
Attorneys for Respondent
161 N. Clark St., Ste. 3000
Chicago, IL 60601
Tel: 312-621-9700
Firm No. 80095
ejmirabelli@beermannlaw.com
kpaige@beermannlaw.com
clmeyers@beermannlaw.com
jsteele@beermannlaw.com

Copies to
jlevin@levinfamilylaw.com
service@levinfamilylaw.com
kg5252@yahoo.com
marissadakis@gmail.com

2

ENTERED

Jun. 14, 2024

Iris Y. Martinez
Clerk of the Circuit Court
of Cook County, IL

DEPUTY CLERK_____

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION**

IN RE: THE FORMER MARRIAGE OF )
                                                         )
KENTON GIRARD,                            )
                      Petitioner,                )
                                                         )
            and                                      )       No.     2015 D 009633
                                                         )
JANE GIRARD,                                 )
                        Respondent,          )
                                                         )
            and                                      )
                                                         )
MARISSA GIRARD,                          )
                  Third Party Respondent.  )

5246 P
4246
4406 R
4801 A/R

## ORDER

**THIS MATTER** coming before the Court for hearing on Child

Representative Joel Levin's *Emergency Motion to Cancel In-Camera Interview by*

*the Child Representative* and Respondent Jane Girard's Response to same, and

Petitioner Kenton Girard's *Motion to Remove Third-Party Respondent Marissa*

*Girard* and Respondent Jane Girard's Response to same; Kenton Girard present

appearing *Pro se*, counsel for Jane Girard, Beermann LLP, and Joel Levin

representing the minor children present all via Zoom; the third party

respondent not appearing; the Court hearing argument on both pleadings and

their respective responses; the Court being duly advised in the premises;

**IT IS HEREBY ORDERED:**

1) Petitioner's *Motion to Remove Third-Party Respondent Marissa Girard* is Denied.

2) Child Representative's Emergency *Motion to Cancel In-Camera Interview by the Child Representative* is Granted.

3) This matter is set for status on settlement negotiations between the parties on July 3, 2023 at 12:00 p.m. via Zoom. Meeting ID: 971 5226 9618; PW: 718655.

ENTERED:     **6/14/24**

*Renee Goldfarb*
_____
Judge Renee Goldfarb

Order Prepared By
**BEERMANN LLP**
Attorneys for Respondent
161 N. Clark St., Ste. 3000
Chicago, IL 60601
Tel: 312-621-9700
Firm No. 80095
ejmirabelli@beermannlaw.com

Copies to
jlevin@levinfamilylaw.com
service@levinfamilylaw.com
kg5252@yahoo.com
marissadakis@gmail.com

2

**ENTERED**

Jul. 18, 2024

Iris Y. Martinez
Clerk of the Circuit Court
of Cook County, IL

DEPUTY CLERK _____

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION**

IN RE: THE FORMER MARRIAGE OF )
)
KENTON GIRARD, )
               Petitioner, )
)
    and )    No.    2015 D 009633
)
JANE GIRARD, )
               Respondent, )
)
    and )
)
MARISSA GIRARD, )
         Third Party Respondent. )

## ORDER

      **THIS MATTER** coming before the Court pursuant the Order of June 12, 2024; appearing in Court via zoom were: Jane Girard, Respondent; Counsels for Jane Girard; Joel Levin, Children's Representative; and Kenton Girard (pro se); Third Party Respondent Marissa Girard (pro se) not appearing; the Court having inquired about the status of visits between Jane and the children, and having conducted a Pre Trial Conference;

**IT IS HEREBY ORDERED:**

    1)    Kenton Girard shall provide deposition dates for his deposition and Marissa's deposition to Jane's counsels by email on or before July 15, 2024;

    2)    Pre Trial Conference is set via Zoom on August 15, 2024, at 12 p.m.

ENTERED:     **7/18/24**

*Renee Goldfarb*
Judge Renee Goldfarb

<u>Order Prepared By</u>
**BEERMANN LLP**
Attorneys for Respondent
161 N. Clark St., Ste. 3000
Chicago, IL 60601
Tel: 312-621-9700
Firm No. 80095
ejmirabelli@beermannlaw.com
kpaige@beermannlaw.com
clmeyers@beermannlaw.com
jsteele@beermannlaw.com

<u>Copies to</u>
jlevin@levinfamilylaw.com
service@levinfamilylaw.com
kg5252@yahoo.com
marissadakis@gmail.com

2

**Order for Recusal**                                        **(03/06/24) CCDR 0124**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE THE: ☐ Marriage ☐ Civil Union ☐ Allocation of Parental Responsibilities
               ☐ Support ☐ Parentage ☐ Visitation (Non-Parent) ☐ Other

Kenton Girard
                         **Petitioner,**    Case No. 2015 D9633

and            Calendar: C         **ENTERED**

Jane Girard
                        **Respondent.**

and
. Marissa Girard, third party Respondent

                         **AUG 16 2024**

## ORDER FOR RECUSAL

(4110) This cause coming to be heard on the Court's own Motion for Recusal Pursuant to Canon 2.11 of
the Illinois Code of Judicial Conduct of 2023 and 735 ILCS 5/2-1001(a)(1), and the Court being
fully advised in the premises,

IT IS HEREBY ORDERED:

(4201) ☐ A Trial Judge having recused themselves, this cause is hereby transferred to Preliminary Calendar
Judge ☐ C ☐ D ☐ E for reassignment. This Order shall be sent to the Preliminary Judge.

(8282) ☐ An Individual Calendar Judge/Preliminary Judge having recused themselves, this cause is hereby
transferred to the Presiding Judge of the Domestic Relations Division, Calendar 01, for random
reassignment. This Order shall be sent to DRDdivorderscal01@cookcountycourt.com.

**ENTERED:** Dated: 8/16/24                ☐Judge               Judge's No.

Prepared by: _____

Attorney for: ☐ Petitioner ☐ Respondent ☐ Child(ren) Attorney #: _____ OR
              ☐ I do not have an attorney (Self-Represented Litigant) Attorney #: 99500

Telephone: _____ Email: _____

Address: _____
           Street, Apt. #                 City         State     Zip

Order for Recusal                                           (03/06/24) CCDR 0124

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE THE: ☑ Marriage ☐ Civil Union ☐ Allocation of Parental Responsibilities
              ☐ Support ☐ Parentage ☐ Visitation (Non-Parent) ☐ Other

Kenton Girard
_____
                Petitioner,    Case No. 2015 D 009633

and                      Calendar: 35

Jane Girard
_____
                Respondent.

**ENTERED**

**AUG 14 2024**

and
Marissa Girard, Third Party Respondent

## ORDER FOR RECUSAL

(4110) This cause coming to be heard on the Court's own Motion for Recusal Pursuant to Canon 2.11 of
the Illinois Code of Judicial Conduct of 2023 and 735 ILCS 5/2-1001(a)(1), and the Court being
fully advised in the premises,

IT IS HEREBY ORDERED:

(4201) ☒ A Trial Judge having recused themselves, this cause is hereby transferred to Preliminary Calendar
Judge ☒ C ☐ D ☐ E for reassignment. This Order shall be sent to the Preliminary Judge.

(8282) ☐ An Individual Calendar Judge/Preliminary Judge having recused themselves, this cause is hereby
transferred to the Presiding Judge of the Domestic Relations Division, Calendar 01, for random
reassignment. This Order shall be sent to DRDdivorderscal01@cookcountycourt.com.

ENTERED: Dated: 8/14/2024       _____ #1905
                              Judge                 Judge's No.

Prepared by: _____

Attorney for: ☐ Petitioner ☐ Respondent ☐ Child(ren) Attorney #: _____ **OR**
                 ☐ I do not have an attorney (Self-Represented Litigant) Attorney #: 99500

Telephone: _____ Email: _____

Address: _____
          Street, Apt. #                  City            State       Zip

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 1

**4201/4282 Transfer to Judge, 4295 Close Discovery-Allowed,**
**8201 Return for Random Assignment**

(Rev. 02/04/16) CCDR 0014

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE:  ☐ Marriage  ☐ Civil Union  ☐ Legal Separation  ☐ Allocation of Parental Responsibilities
☐ Visitation (Non-Parent)  ☐ Support  ☐ Parentage of:

KENTON GIRARD

Petitioner

No.: 2015D 009633

and

JANE GIRARD, MARISSA GIRARD, MATTHEW ELSTER, JOEL LEVIN, KAREN PAIGE

Calendar:  01

Respondent

**ENTERED**
PRESIDING JUDGE REGINA SCANNICCHIO - 2059
Aug. 19, 2024
Iris Y. Martinez
Clerk of the Circuit Court
of Cook County, IL

## ORDERS OF TRANSFER, ASSIGNMENT AND REASSIGNMENT

This Cause being properly before the Court, and the Court being advised in the premises:

DEPUTY CLERK _____

I.   TRANSFERS (Temporary)

☐ That this cause is transferred to the 4852 ☐ Reconciliation Calendar 4853 ☐ Military Calendar. All existing orders
shall remain in full force and effect except _____ .

☐ That this cause be returned from the 4752 ☐ Reconciliation Calendar 4753 ☐ Military Calendar.

4282 ☑ It is Ordered that the above entitled cause is transferred to Judge FERNANDEZ

Calendar 99 _____ for ALL FUTURE MATTERS _____.

☐ PRETRIAL ☐ CONTESTED MOTION for _____
all other matters being retained by the Preliminary Judge.

4201 ☐ It is Ordered that this cause is returned to Judge_____

Calendar _____ for further proceedings, the transferred matter being concluded.

II.  ASSIGNMENT (Trial)

☐ It is Ordered that:

4295 ☐ Discovery is closed as of _____ .

4482 ☐ This cause is set for Trial before Judge_____ Calendar _____

INSTANTER. ALL PARTIES OR THEIR COUNSEL SHALL PROCEED IMMEDIATELY TO COURTROOM _____.
NOTE: CASES SET FOR TRIAL CAN ONLY BE CONTINUED FOR CAUSE, ON MOTION PURSUANT TO SUPREME COURT RULE AND
DOMESTIC RELATIONS GENERAL ORDER 86 D-1.

III.  REASSIGNMENTS TO OR FROM PRESIDING JUDGE

8282 ☐ THIS CAUSE coming before the court for reassignment, IT IS HEREBY ORDERED that this is assigned to the

Presiding Judge for: ☐ Hearing; ☐ Consolidation within the Division: Case Number _____

Calendar _____; or ☐ Other RECUSAL _____ .

8201 ☑ Clerk for the Circuit Court for random electronic assignment to a calendar ☐ Preliminary ☐ Individual

☐ Post-Judgment ☐ Expedited Child Support ☑ Excluding Calendar(s) C, 35, 34,31 _____ .

Atty. No.: _____

Name: ORDER OF COURT

Atty. for:_____

Address: _____

City/State/Zip: _____

Telephone: _____

Primary Email: _____

Secondary Email: _____

Tertiary Email: _____

ENTERED:

Dated: _____

_Feannecks #2059_

Judge                    Judge's No.

## IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 1

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## DOMESTIC RELATIONS DIVISION, THIRD DISTRICT

Kenton Girard )

_____ )

Petitioner )  Court No. 2015 D 9633

Jane Girard )  ☐ Pre-Decree  or ☑ Post-Decree

_____ )

Respondent )

Marissa Girard, Third-Party. )  **IN PERSON**

**ENTERED**
Judge Rossana P. Fernandez-2141

**SEP. 5 2024**

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

## REMOTE STATUS/ CASE MANAGEMENT ORDER

This cause coming to be heard for REMOTE STATUS. Petitioner/ Respondent filed a ☐ Petition for Dissolution of Marriage OR ☑ Petition for Case Mgt, Motion to Compel, Motion to WD filed on 9/4, 8/27, 8/28 . The parties share _2_ minor children. Notice to all parties. The Court being fully advised in the premises.

**IT IS HEREBY ORDERED:**

1. **FINANCIAL AFFIDAVITS** have been Completed and Exchanged by the parties as of _____.

2. **FINANCIAL AFFIDAVITS** have NOT been completed but <u>shall</u> be Exchanged/ Updated (with all attachments) by the parties no later than the next _____ days, on or before _____.

3. **ALLOCATION OF PARENTAL RESPONSIBILITIES ("Parenting Plan")** has been Entered by Agreement of the parties on 11/4/2015 .

4. **ALLOCATION OF PARENTAL RESPONSIBILITIES ("Parenting Plan")** has NOT been entered. Therefore, this matter is referred to Mediation (per separate order) _____ YES _____ NO _____ N/A

5. **WRITTEN DISCOVERY** shall be Propounded no later than _____, *or shall be waived.*

6. **WRITTEN DISCOVERY** shall be Completed by the Parties no later than _____.

7. **WRITTEN DISCOVERY** has been Completed by the Parties as of _____.

8. **ORAL DISCOVERY** shall be Completed by the Parties no later than _____.

9. This matter is continued to October 18, 2024 , at 1 : 30 AM/ **PM** FOR **REMOTE:**

   _____ STATUS _____ PRETRIAL _X_ HEARING : via "Zoom" Video Conferencing

   (a) _____ Service (b) _X_ Settlement (c) _____ Remaining Trial issues (d) _____ Allocation JGMT

   (d) _____ Petitioner/ Respondent Motion(s) for _____

   (e) _X_ Other: 30 min. case mgt. conf. All parties required to be present, Joel Levin granted leave to withdraw

Kenton Girard, Marissa Girard

Petitioner/ Petitioner's Attorney
kg5252@yahoo.com, marissadakis@gmail.com

Email for Notices (print)

Beermann LLP, E. Mirabelli, C. Meyers

Respondent/ Respondent's Attorney
clmeyers@beermannlaw.com

Email for Notices (print)

**ATTORNEY NAME/ CODE:** 80095
**ATTORNEY FOR:** Jane Girard
**ADDRESS:** 161 N. Clark, #3000
**CITY/STATE:** Chicago, IL 60601
**PHONE:** 312-621-9700

ENTERED:

_Fernandez #2141_

JUDGE

OTHER SIDE MUST BE COPIED ON ALL EMAILS
* ALL EMAIL "SUBJECT" LINES SHALL CONTAIN: (PETITIONER LAST NAME) & (COURT NO.) & (FUTURE DATE) *
** Courtesy Copies 7 Days in advance TO: ccc.DomRelCR3009@CookCountyIL.Gov

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### DOMESTIC RELATIONS DIVISION, THIRD DISTRICT

KENTON GIRARD _____ )

                       Petitioner )

JANE GIRARD _____ )

                       Respondent )

                              )

Court No. 15 D 9633

Calendar "99"

**ENTERED**
Judge Rossana P. Fernandez-2141

**OCT 1 8 2024**

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

### TRIAL ORDER
### IN PERSON

THIS CAUSE COMING TO BE HEARD FOR TRIAL ASSIGNMENT. Notice to all parties.

The court being fully advised in the premises. **IT IS HEREBY ORDERED:**

1   All issues, including Contribution of Attorneys' Fees, shall be heard at the Trial for this cause, Unless otherwise ordered by the court.

2   **TRIAL** is scheduled to proceed on

| | | |
|---|---|---|
| FEBRUARY 18 | , 2025 | at 11:00 AM |
| FEBRUARY 19 | , 2025 | at 01:30 PM |
| FEBRUARY 20 | , 2025 | at 01:30 PM |
| FEBRUARY 21 | , 2025 | at 01:30 PM |

**WRITTEN DISCOVERY CLOSES (11-08-24)**
3   **ORAL (Non-Expert) DISCOVERY CLOSES (11-08-24)** _____ *(any claims or documents not*
**ORAL (Expert) DISCOVERY CLOSES (12-31-24)**
      *disclosed timely <u>shall</u> be barred).*

4   Counsel of Record and/or the Parties *shall* exchange the following Documents no later than

    <u>**FEBRUARY 04, 2025**</u>   :

     a.  Updated Financial Affidavits (if any pending financial issues)

     b.  Witness Lists;

     c.  Written Stipulations;

     d.  Updated Discovery;

     e.  Trial Exhibits (and shall provide the court copies *via ONE EMAIL* with a <u>numerical list</u> of proposed Exhibits as **PDF** files and labeled (numerically) no later than *14 days prior to trial.*

     f.  All Motions in Limine.

5    Counsel of Record and/or the Parties *shall* provide to the Court **VIA ONE (1) EMAIL**

     **SUBMISSION,** and to each other, Courtesy Copies of the following, *within fourteen (14) days*

     *prior to trial,* on or before  <u>FEBRUARY 04, 2025</u>  :

     *(All Exhibits shall be Marked in <u>Numerical Order</u> and attached as <u>separate</u> PDF files to one (1)*
     *Email to the Court):*

       a.   Updated Financial Affidavits(if any pending financial issues)
       b.   All Exhibits, including a list of stipulated Exhibits;
       c.   Any objections (in writing) to the opposing party's Exhibits;
       d.   Witness Lists;
       e.   Written Stipulations;
       f.   Petitions for Contribution to Attorneys' Fees;
       g.   List of all other Exhibits <u>not</u> stipulated to; and
       h.   *Proposed Judgment Order from each party, including a separate Allocation Judgment, if*
          *applicable.*

6    Failure to submit appropriate Fee Petition(s) on the day of Trial *shall* be deemed a waiver of
     contribution to Attorney's Fees.

7    Witnesses not identified on a Witness List *shall* be barred from testifying at trial.

8    The parties must provide a court reporter at their own expense.

9    All Settlement discussions between the parties shall take place <u>prior to</u> the day of trial and
     *No Pretrial Request will be entertained on the day of trial.*

10   The case *shall* be *Dismissed for Want of Prosecution* if the Petitioner fails to appear and/or fully
     comply with this Order.

11   An *Order of Default shall* be entered against the Respondent if the Respondent fails to appear and/or
     does not fully comply with this Order./ Likewise for any Third-Party.

| KENTON GIRARD (Petitioner) | ENRICO MIRABELLI (Attorney) |
|---|---|
| **Petitioner/ Petitioner's Attorney (print)** | **Respondent/ Respondent's Attorney (print)** |
| KG5252@Yahoo.com | EJMirabelli@BeermanLaw.com |
| **Email for Notices (print)** | **Email for Notices (print)** |

** Third-Party (Marissa Girard) MarissaDakis@Gmail.com

**ATTORNEY CODE:**
**ATTORNEY NAME:**
**ATTORNEY FOR:**    **O/C**
**ADDRESS:**
**CITY/STATE:**
**PHONE:**
**EMAIL:**

**ENTERED:** 10-18-24

JUDGE

ENTERED
Judge Rossana P. Fernandez-2141
#214/ OCT 18 2024
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

**OPPOSING SIDE MUST BE COPIED ON ALL EMAILS**
*ALL EMAIL "SUBJECT" LINES SHALL CONTAIN: (LAST NAME OF PETITIONER) AND (COURT NO.) *
** Courtesy Copies 7 Days in advance TO: ccc.DomRelCR3009@CookCountyIL.Gov

IN THE CIRCUIT COURT OF THE COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION

IN RE THE MARRIAGE OF:    )
    )
KENTON GIRARD,    )
       Petitioner,    )
    )
  and    )    No. 2015 D 009633
    )
JANE GIRARD,    )    Cal. 99
       Respondent.    )
    )
MARISSA GIRARD,    )
    )
    Third Party Respondent.  )

**ENTERED**
Judge Rossana P. Fernandez-2141
**OCT 18 2024**
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

## ORDER

This case coming before the Court for Case Management Conference pursuant to the Order entered September 5, 2024; Petitioner, KENTON GIRARD, present in Court, *Pro Se*; Respondent, JANE GIRARD, present in Court with her counsels, Enrico J. Mirabelli and Karen V. Paige of Beermann LLP; Third Party Respondent, MARISSA GIRARD, not appearing in Court; the Court having heard argument regarding Petitioner, KENTON GIRARD's, Motion to Stay Proceedings, and having conducted a Case Management Conference; the Court Orders:

1. Petitioner (Kenton) present in court, pro-se.

2. Respondent (Jane) present in court with her Attorneys, Mirabelli and Paige.

3. Third-Party Respondent (Marissa) failed to appear.

*[signature]* #2141

4.     The Court has reviewed a copy of the file-stamped Motion for Substitution of Judge (as a Matter of Right) filed by Third Party Respondent, Marissa Girard (file stamped 10-16-24 08:19 pm).  The Court inquired if Third Party Respondent Marissa Girard was present, or if any counsel was present on her behalf, but Marissa Girard did not appear personally nor through counsel on her behalf. Third Party Respondent Marissa Girard's Motion for Substitution of Judge (as a Matter of Right) is *stricken*.

5.     Minor Child's Motion to intervene (filed 08-12-24) is *Stricken and denied* for lack of legal capacity.

6.     After reviewing Petitioner, Kenton Girard's, Motion for Stay of Proceedings, and Respondent, Jane Girard's, Response to Motion to for Stay of Proceedings, and *after hearing* argument of counsel and Petitioner, Kenton Girard, the Motion to Stay of proceedings is *Denied*.

7.     The Court conducted a Case Management Conference and set Trial dates pursuant to the Court's Trial Order entered contemporaneously herewith.

**ENTERED**: 10-18-24

_(signature)_

JUDGE

**ENTERED**
Judge Rossana P. Fernandez-2141

#214 / OCT 1 8 2024

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

Karen V. Paige
Enrico J. Mirabelli
**BEERMANN LLP**
Attorneys for Respondent, Jane Girard
161 North Clark Street, Suite 3000
Chicago, Illinois 60601
T: (312) 621-9700
Firm No. 80095
ejmirabelli@beermannlaw.com
kpaige@beermannlaw.com

Kenton Girard
**Petitioner (Pro-se)**
KG5252@Yahoo.com

Marissa Girard
**Third-Party Respondent**
MarissaDakis@Gmail.com

–2–

IN THE CIRCUIT COURT OF THE COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION

IN RE THE MARRIAGE OF:    )

KENTON GIRARD,        )
          Petitioner,    )
                   )
   and           )    No. 2015 D 009633
                   )
JANE GIRARD,         )    Cal. 99
          Respondent.    )
                   )
MARISSA GIRARD,     )
                   )
     Third Party Respondent.  )

> **ENTERED**
> Judge Rossana P. Fernandez-2141
> **OCT 18 2024**
> **IRIS Y. MARTINEZ**
> CLERK OF THE CIRCUIT COURT
> OF COOK COUNTY, IL

## ORDER

This case coming before the Court for Case Management Conference pursuant to the Order entered September 5, 2024; Petitioner, KENTON GIRARD, present in Court, *Pro Se*; Respondent, JANE GIRARD, present in Court with her counsels, Enrico J. Mirabelli and Karen V. Paige of Beermann LLP; Third Party Respondent, MARISSA GIRARD, not appearing in Court; the Court having heard argument regarding Petitioner, KENTON GIRARD's, Motion to Stay Proceedings, and having conducted a Case Management Conference; the Court Orders:

1.    Petitioner (Kenton) present in court, pro-se.

2.    Respondent (Jane) present in court with her Attorneys, Mirabelli and Paige.

3.    Third-Party Respondent (Marissa) failed to appear.

4.     The Court has reviewed a copy of the file-stamped Motion for Substitution of Judge (as a Matter of Right) filed by Third Party Respondent, Marissa Girard (file stamped 10-16-24 08:19 pm).  The Court inquired if Third Party Respondent Marissa Girard was present, or if any counsel was present on her behalf, but Marissa Girard did not appear personally nor through counsel on her behalf. Third Party Respondent Marissa Girard's Motion for Substitution of Judge (as a Matter of Right) is *stricken*.

5.     Minor Child's Motion to intervene (filed 08-12-24) is *Stricken and denied* for lack of legal capacity.

6.     After reviewing Petitioner, Kenton Girard's, Motion for Stay of Proceedings, and Respondent, Jane Girard's, Response to Motion to for Stay of Proceedings, and *after hearing* argument of counsel and Petitioner, Kenton Girard, the Motion to Stay of proceedings is *Denied*.

7.     The Court conducted a Case Management Conference and set Trial dates pursuant to the Court's Trial Order entered contemporaneously herewith.

**ENTERED:** 10-18-24

_(signature)_
JUDGE

ENTERED
Judge Rossana P. Fernandez-2141
#214/OCT 1 8 2024
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

Karen V. Paige
Enrico J. Mirabelli
**BEERMANN LLP**
Attorneys for Respondent, Jane Girard
161 North Clark Street, Suite 3000
Chicago, Illinois 60601
T: (312) 621-9700
Firm No. 80095
ejmirabelli@beermannlaw.com
kpaige@beermannlaw.com

Kenton Girard
**Petitioner (Pro-se)**
KG5252@Yahoo.com

Marissa Girard
**Third-Party Respondent**
MarissaDakis@Gmail.com

–2–

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**DOMESTIC RELATIONS DIVISION, THIRD DISTRICT**

| | | |
|---|---|---|
| KENTON GIRARD | ) | |
| _____ Petitioner | ) | Court No. 15 D 9633 |
| | ) | |
| JANE GIRARD | ) | Calendar "99" |
| _____ Respondent | ) | |
| MARISSA GIRARD | ) | |
| Third-Party Respondent | | |

**ENTERED**
Judge Rossana P. Fernandez-2141

**DEC 03 2024**

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

**TRIAL ORDER**
**IN PERSON**

THIS CAUSE COMING TO BE HEARD FOR TRIAL ASSIGNMENT. Notice to all parties.

The court being fully advised in the premises. **IT IS HEREBY ORDERED:**

1   All issues, including Contribution of Attorneys' Fees, shall be heard at the Trial for this cause,
Unless otherwise ordered by the court.

2   **TRIAL** is scheduled to proceed on

| | | | |
|---|---|---|---|
| FEBRUARY 18 | , | 2025 | at 11:00 AM |
| FEBRUARY 19 | , | 2025 | at 01:30 PM |
| FEBRUARY 20 | , | 2025 | at 01:30 PM |
| FEBRUARY 21 | , | 2025 | at 01:30 PM |

     **PRETRIAL** is scheduled to proceed on

3   **DISCOVERY CLOSES ON** ____see below_____ (*any claims or documents not
disclosed timely **shall** be barred*). **Written Discovery Closes: 11-08-24**

    Oral (Non-Expert) Discovery Closes: 12-31-24; Oral (Expert) Discovery Closes: 1-31-25
    FEBRUARY 4, 2025 .

4   **Counsel of record and/or the parties** *shall* exchange the following Documents no later than
      b.   Witness Lists;
      c.   Written Stipulations;
      d.   Updated Discovery;
      e.   Trial Exhibits (and shall provide the court copies *via **ONE EMAIL*** with a numerical list of
         proposed Exhibits as **PDF files** and labeled (numerically) no later than *14 days prior to trial.*
      f.   All Motions in Limine.

** Respondent's Motion to correct the Trial Order deadlines, nunc pro tunc to 10-18-24 is GRANTED.

5   Counsel of Record and/or the Parties *shall* provide to the Court **VIA ONE (1) EMAIL**

    **SUBMISSION,** and to each other, Courtesy Copies of the following, *within fourteen (14) days*

    *prior to trial,* on or before  FEBRUARY 04,       :

    *(All Exhibits shall be Marked in <u>Numerical Order</u> and attached as <u>separate</u> PDF files to one (1)*
    *Email to the Court):*

        a.  Updated Financial Affidavits;
        b.  All Exhibits, including a list of stipulated Exhibits;
        c.  Any objections (in writing) to the opposing party's Exhibits;
        d.  Witness Lists;
        e.  Written Stipulations;
        f.  Petitions for Contribution to Attorneys' Fees;
        g.  List of all other Exhibits <u>not</u> stipulated to; and
        h.  *Proposed Judgment Order from each party, including a separate Allocation Judgment, if*
           *applicable.*

6   Failure to submit appropriate Fee Petition(s) on the day of Trial *shall* be deemed a waiver of
    contribution to Attorney's Fees.

7   Witnesses not identified on a Witness List *shall* be barred from testifying at trial.

8   The parties must provide a court reporter at their own expense.

9   All Settlement discussions between the parties shall take place <u>prior to</u> the day of trial and
    *No Pretrial Request will be entertained on the day of trial.*

10  The case *shall* be *Dismissed for Want of Prosecution* if the Petitioner fails to appear and/or fully
    comply with this Order.

11  An *Order of Default shall* be entered against the Respondent if the Respondent fails to appear and/or
    does not fully comply with this Order.

    KENTON GIRARD (Pro Se)               ENRICO J. MIRABELLI
    _____       _____
    **Petitioner/ Petitioner's Attorney (print)**      **Respondent/ Respondent's Attorney (print)**

    KG5252@Yahoo.com                 EJMirabelli@beermannlaw.com
    _____       _____
    **Email for Notices (print)**                    **Email for Notices (print)**

**ATTORNEY CODE:**
**ATTORNEY NAME:**
**ATTORNEY FOR:**    **O/C**
**ADDRESS:**
**CITY/STATE:**
**PHONE:**
**EMAIL:**

**ENTERED:**

_(signature) JUDGE_

**ENTERED**
Judge Rossana P. Fernandez-2141
#2141  DEC 03 2024
**IRIS Y. MARTINEZ**
**CLERK OF THE CIRCUIT COURT**
**OF COOK COUNTY, IL**

**OPPOSING SIDE MUST BE COPIED ON ALL EMAILS**
**\*ALL EMAIL "SUBJECT" LINES SHALL CONTAIN: (LAST NAME OF PETITIONER) AND (COURT NO.) \***
**\*\* Courtesy Copies 7 Days in advance TO: ccc.DomRelCR3009@CookCountyIL.Gov**

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION**

| | | |
|---|---|---|
| IN RE THE FORMER MARRIAGE OF | ) | |
| | ) | |
| KENTON GIRARD, | ) | |
|       Petitioner, | ) | |
| | ) | |
| and | ) | No.   2015 D 009633 |
| | ) | |
| JANE GIRARD, | ) | |
|       Respondent, | ) | **Associate Judge** |
| | ) | **Gregory Emmett Ahern, Jr.** |
| and | ) | **JAN 1 4 2025** |
| MARISSA GIRARD, | ) | |
|       Third Party Respondent. | ) | **Circuit Court-2090** |

**ORDER ON PETITION FOR SUBSTITUTION OF JUDGE FOR CAUSE**

This cause coming before the Hon. Gregory E. Ahern for hearing on January 9, 2025, on Kenton Girard's ("Kenton") November 22, 2024 Petition for Substitution of Judge Rosanna Fernandez for Cause and December 5, 2024 Supplement to Petition for SOJ for Cause (hereinafter collectively referred to as the "Petition"), Jane Girard ("Jane"), by and through her attorneys Beermann LLP, having filed a Response to Petition for Substitution of Judge for Cause and Supplement to Petition for SOJ for Cause on January 3, 2025, following Kenton's Motion to Accommodate Petitioner's Unavailability filed on December 12, 2024, and Kenton's email notice of his personal attendance as a spectator at President James Carter's funeral service in Washington D.C. on January 9, 2025, this Court accommodated Kenton by scheduling the hearing via Zoom several hours the conclusion of the funeral service, Jane, appearing personally and through her attorneys, Kenton and Third-Party Respondent Marissa Girard ("Marissa"), both having received notice of the proceedings and receiving additional emails during the proceedings failing to appear by 2:45 p.m. and neither party appearing by 4:30 p.m. on the Court's open Zoom, the Court having reviewed the pleadings, proposed orders, statutes, and case law, and now being fully advised in the premises, **HEREBY FINDS**:

    A.  In summary, Kenton's Petition raises five arguments in favor of a Substitution of Judge for Cause: (i) Judge Fernandez improperly denied a Motion for Substitution of Judge as a Matter of Right filed by Marissa and a Motion to Stay Proceedings filed by Kenton, (ii) Judge Fernandez is not entitled to judicial immunity, (iii) Judge Fernandez inappropriately handled affairs in her courtroom by denying Kenton the ability to speak unless asked direct questions and ordering future proceedings to occur in person, (iv) Judge Fernandez violated the Americans with Disabilities Act as it relates to, and the First Amendment rights of Marissa Girard; and (v) Judge Fernandez is a "cancer on the judiciary."

B. Notably, many of Kenton's arguments are made on behalf of Marissa Girard, who neither joined in the Petition nor filed a Response.

C. This matter was assigned to Calendar 99 on August 19, 2024. In the proceeding five months, Judge Fernandez entered a continuance order following a remote status (9/5/24), entered a trial order following a case management conference (10/18/24), struck Marissa's Motion for Substitution of Judge as of Right after Marissa failed to appear in court to prosecute her Motion (10/18/24), and denied Kenton's Motion to Stay Proceedings (10/18/24).

D. Substitution of judge for cause is governed by section 2-1001 of the Code of Civil Procedure. 735 ILCS 5/2-1001. Specifically, the statute states:

> (3) Substitution for cause. When cause exists.
> (i) Each party shall be entitled to a substitution or substitutions of judge for cause.
>
> (ii) Every application for substitution of judge for cause shall be made by petition, setting forth the specific cause for substitution and praying a substitution of judge. The petition shall be verified by the affidavit of the applicant.
>
> (iii) Upon the filing of a petition for substitution of judge for cause, a hearing to determine whether the cause exists shall be conducted as soon as possible by a judge other than the judge named in the petition. The judge named in the petition need not testify but may submit an affidavit if the judge wishes. If the petition is allowed, the case shall be assigned to a judge not named in the petition. If the petition is denied, the case shall be assigned back to the judge named in the petition.

735 ILCS 5/2-1001(a)(3).

E. To succeed on a substitution of judge for cause petition, a party bears the high burden of showing actual prejudice. *In re Marriage of O'Brien*, 2011 IL 109039, ¶ 30.

F. "Allegedly erroneous findings and rulings by the trial court are insufficient reasons to believe that the court has a personal bias for or against a litigant." *O'Brien*, 2011 IL 109039, ¶ 31. Previous rulings may only do so "if they reveal an opinion that derives from an extrajudicial source or [display] such a high degree of favoritism or antagonism as to make fair judgment impossible." (Internal quotation marks omitted.) *Petalino v. Williams*, 2016 IL App (1st) 151861, ¶ 36.

G. Kenton's Petition does not allege or establish that Judge Fernandez has exhibited actual prejudice against Kenton or Marissa Girard. Judge Fernandez's previous rulings and discretion over her courtroom do not arise to the level of actual bias or prejudice contemplated under section 2-1001 of the Code of Civil Procedure.

**IT IS HEREBY ORDERED THAT**:

1. Kenton's Petition is DENIED;

2. This matter shall be returned to Calendar 99 (Hon. Rosanna Fernandez) by separate order of the Presiding Judge.

ENTERED:         _____

                                       Date

                                       Hon. Gregory Ahern

4201/4282 - Transfer to Judge    4295 - Close Discovery - Allowed
8201 - Return for Random Assignment
Orders of Transfer, Assignment and Reassignment                    (12/01/24) CCDR 0014 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE: ☐ Marriage  ☐ Civil Union  ☐ Legal Separation  ☐ Allocation of Parental Responsibilities
☐ Visitation (Non-Parent)  ☐ Support  ☐ Parentage of:

KENTON GIRARD
_____
                              Petitioner

and

JANE GIRARD,MARISSA GIRARD,MATTHEW ES
_____
                              Respondent

Case No.  2015D 009633

Calendar  01

**ENTERED**
PRESIDING JUDGE REGINA SCANNICCHIO - 2059
**Jan. 27, 2025**
Mariyana T. Spyropoulos
Clerk of the Circuit Court
of Cook County, IL

DEPUTY CLERK _____

### ORDERS OF TRANSFER, ASSIGNMENT AND REASSIGNMENT

This Cause being properly before the Court, and the Court being advised in the premises:

I.  Transfers (Temporary)

☐  That this cause is transferred to the    ☐ 4852 - Reconciliation Calendar  ☐ 4853 - Military Calendar.

   All existing orders shall remain in full force and effect except _____.

☐  That this cause is transferred to the Collaborative Process Calendar. All prior orders of court, including
   access to the court for enforcement and discovery, shall be considered suspended, and all proceeding shall
   be stayed , unless other wise expressly provided by law, agreement of the parties, or order by the court.

☐  That this cause be returned from the    ☐ 4752 - Reconciliation Calendar  ☐ 4753 - Military Calendar
                                            ☐ Collaborative Process Calendar.

☑  4282  IT IS ORDERED that the above entitled cause is transferred to Judge YU_____
   Calendar 89_____  for  ALL FUTURE MATTERS_____.

☐  Pretrial  ☐ Contested Motion for _____
   all other matters being retained by the Preliminary Judge.

☐  4201  IT IS ORDERED that this cause is returned to Judge _____
   Calendar _____ for further proceedings, the transferred matter being concluded.

II.  Assignment (Trial)

☐  It is Ordered that:

   ☐  4295  Discovery is closed as of _____.

   ☐  4482  This cause is set for Trial before Judge _____

       Calendar _____

       Instanter. All parties or their counsel shall proceed immediately to courtroom _____.

Note: Cases set for trial can only be continued for cause, on motion pursuant to Supreme Court Rule and
   Domestic Relations General Order 86 D-1.

**Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois**
*cookcountyclerkofcourt.org*

**Orders of Transfer, Assignment and Reassignment**         **(12/01/24) CCDR 0014 B**

III. Reassignments to or from Presiding Judge

☐   8282   This Cause coming before the court for reassignment, IT IS HEREBY ORDERED that this is
assigned to the Presiding Judge for:   ☐ Hearing;   ☐ Consolidation within the

      Division: Case Number _____    Calendar _____ ;

      or ☑ Other   RECUSAL _____ .

☑   8201   Clerk for the Circuit Court for random electronic assignment to a calendar:

      ☐ Preliminary   ☐ Individual   ☐ Post-Judgment   ☐ Expedited Child Support

      ☑ Excluding Calendar(s)   C,35,34,31,99,D,44,51,74,61,64,98,85,86

                                      ENTERED:

                                      Dated: _____

                                       _____ # 2059      _____
                                               Judge           Judge's No.

Atty. No.: _____

Atty Name: _____

Atty. for:   ORDER OF COURT _____

Address: _____

City: _____   State: _____

Zip: _____

Telephone: _____

Primary Email: _____

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT – DOMESTIC RELATIONS DIVISION**

| | |
|---|---|
| IN RE THE FORMER MARRIAGE OF | ) |
| | ) |
| KENTON GIRARD, | ) |
|     Petitioner, | )    Case No.      2015 D 009633 |
| | ) |
|     and | ) |
| | ) |
| JANE GIRARD, | ) |
|     Respondent, | ) |
| | ) |
|     and | )      Judge William Yu |
| | )      FEB 14 2025 |
| MARISSA GIRARD, | )      Circuit Court-2221 |
|     Third Party Respondent. | ) |

## ORDER

This cause coming before the Court pursuant to the Court's February 7, 2025 order and for presentment of (i) Third-Party Respondent, Marissa Girard's Petition for Substitution of Judge for Cause; (ii) Third-Party Respondent, Marissa Girard's Motion for Substitution of Judge as a Matter of Right; (iii) Kenton Girard's Motion to Perfect DWP; (iv) Jane Girard's Motion to Restrict Communication with the Court, Kenton Girard appearing in person, Marissa Girard appearing through counsel, Robert Holstein (who represented he has field a limited scope appearance with respect to the pending petition for substitution of judge), Jane Girard appearing individually and through counsel, the Court having heard argument of counsel with respect to Marissa Girard's Petition for Substitution of Judge for Cause, having jurisdiction over the parties and the subject matter, and being fully advised in the premises, IT IS HEREBY ORDERED THAT:

    1.      This matter is set for trial on May 1 and 2, 2025 starting at 10:30 a.m. in person in Courtroom 3005 on the following pleadings:

         a.    Jane's May 27, 2022 Motion to Appoint a Parenting Coordinator and Compel Use of Our Family Wizard

         b.    Jane's August 31, 2022, Motion to Compel Enrollment in Therapy (seeking reunification therapy for the family)

         c.    Jane's September 20, 2022 Petition for Finding of Parenting Time Abuse directed against Kenton and Marissa.

      d.  Kenton's July 11, 2023 Motion to Modify Joint Parenting Agreement and Custody Judgment,

      e.  Jane's July 13, 2023 Motion to Enforce the Joint Parenting Agreement;

      f.  Jane's March 13, 2024 Motion to Modify the Joint Parenting Agreement and to Implement the 604.10(b) Recommendations.

Said proceedings may be conducted in a hybrid manner and any party/witness who wishes to appear remotely may seek leave to do so. Said trial dates shall not be continued absent compelling circumstances.

      2.    This matter is continued for **status** on resetting hearings on other pending motions to **February 25, 2025 at 10:30 a.m. via Zoom.**

      3.    Petitioner, Kenton Girard, shall have **until 5:00 p.m. on February 14, 2025** to either join Marissa Girard's Petition for Substitution of Judge for Cause, or file his own such petition. In the event he fails to do so, he shall be deemed to have waived his right to seek a for-cause substitution of judge for any alleged bias occurring up to and including today's court proceedings.

      4.    Third-Party Respondent, Marissa Girard's Petition for Substitution of Judge for Cause shall be transferred to Calendar 01 for reassignment via separate order.

                                     ENTER:

                                   _____

                                   Dated: February 14, 2025

Order Prepared by
**BEERMANN LLP** (Firm No. 80095)
**Attorneys for Respondent**
161 N. Clark St., Suite 3000
Chicago, IL 60601
312.621.9700
mdelster@beermannlaw.com

Copies to
kg5252@yahoo.com
marissadakis@gmail.com
holsteinrobert3@gmail.com

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION**

Kenton Girard

    v.

15D9633

Jane Girard

**ENTERED**
PRESIDING JUDGE REGINA SCANNICCHIO 2059
Mar. 12, 2025

Mariyana T. Spyropoulos
Clerk of the Circuit Court
of Cook County, IL

Hearing Order

DEPUTY CLERK _____

This matter comes before this court on a trial assignment for Substitution of Judge for Cause and the court being fully advised in the premises;

IT IS HEREBY ORDERED this matter shall be set for an in person hearing before Judge Robert Johnson on Thursday, April 24, 2025 at 11:00am in Courtroom 2108.

A copy of this order shall be sent to: ejmirabelli@beermannlaw.com, mdelster@beermannlaw.com, kg5252@yahoo.com and marissadakis@gmail.com

Date: March 12, 2025

_Scannicchio # 2059_

Judge's Signature

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

In re the Former Marriage of: )
)
Kenton Girard, )
    Petitioner, )
)
and· )
)
Jane Girard, )
    Respondent. )
)
and )
)
Marissa Girard, )
    Third-Party Respondent. )

Case No. 2015D009633

## ORDER

THIS CAUSE coming before the Court on the Court's own motion; Respondent Jane Girard, by and through·her attorneys Beermann LLP, having filed a Motion to Disqualify Attorney Robert Allan Holstein ("Motion to Disqualify") on March 18, 2025, and also filing a Notice of Motion on March 19, 2025, in connection to the Motion to Disqualify setting the matter before Judge Robert . Johnson on April 11, 2025, for immediate hearing; this Court having previously set a hearing on Marissa Girard's February 11, 2025, Petition for Substitution of Judge for Cause on Thursday, April 24, 2025, at 11:00 am in person before Judge Robert Johnson; and the Court now being fully advised in the premises, HEREBY FINDS:

    1.    Robert Holstein filed a Limited Scope Appearance to present Marissa Girard's Motion for Substitution of Judge on February 13, 2025;

    2.    The Motion to Disqualify is directly related to the pending Substitution of Judge for Cause hearing scheduled before Judge Robert Johnson; and

    3.    The Motion to Disqualify should be heard before the hearing on the Substitution of Judge for Cause.

## IT IS HEREBY ORDERED:

    A.    The April 11, 2025, presentment date and on Respondent Jane Girard's Motion to Disqualify is stricken;

    B.    The Motion to Disqualify shall be heard by Judge Robert Johnson on April 24, 2025, at 11:00 am via Zoom (Meeting ID: 934 9022 2003 Passcode: 543296); and

    C.    Judge Robert Johnson shall determine how to proceed on the pending Substitution of Judge for Cause hearing following his ruling on the Motion to Disqualify.

ENTERED: 4/1/2025

Hon. Regina A. Scannicchio

Order                                  (12/01/24) CCG 0002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

IRMO

NEWTON GIRARD

v.

JANE GIRARD
(MARISSA GIRARD, TP Respondent)

No. 15 D 9633
CAL. 23

### ORDER

This cause coming to be heard on (1) Marissa Girard's 2/11/2025 Petition for SOJ for Cause, (2) Newton Girard's Petition to Join said Petition, (3) Jane Girard's Motion to Disqualify Robert Holstein, all parties appearing, Respondent appearing through counsel, IT IS HEREBY ORDERED THAT:

1. FOR the reasons stated on the record, Jane's Motion to Disqualify Robert Holstein is GRANTED.

2. Hearing on the pending petitions for substitution of judge Yu for Cause is continued to April 29, 2025 at 8:00am in person in courtroom 2108. Marissa Girard may appear remotely.

3. The Court finds that Newton + Marissa have known of Mr. Holstein's ~~unauthorized~~ lack of authorization to practice law since March 17, 2025 at the latest, but waited until April 14, 2025 to seek a continuance.

Attorney No.: 80095
Name: M. Elster / Hoffman
Atty. for: Respondent
Address: 161 N Clark # 3000
City/State/Zip: Chicago IL 60601
Telephone: 312-621-7700

ENTERED:

Dated: April 24, 2025

Judge           Judge's No.

ENTERED
Judge Robert Johnson-2156
APR 2 4 2025
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
Deputy Clerk

**Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois**

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jane F. Girard

                         Plaintiff,

v.                                        Case No.: 1:25–cv–04586

                                        Honorable Jeremy C. Daniel

Marissa Girard, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: Motion hearing held. Marissa Girard failed to appear. Marissa Girard removed this case to federal court on April 28, 2025. (R. 1.) In her notice of removal, she claims that an April 28, 2025, declaratory judgment pleading served on her by Kenton Girard raised a federal question. (R. 1 at 2.) She claims that a postnuptial indemnification agreement that grants her reasonable and necessary legal fees from Kenton Girard if Jane Girard violates Marissa Girard's rights under federal law. (Id.) She further claims that Kenton Girard has brought claims that raise federal questions. (R. 1 at 3.) At no point does she explain which rights have been violated under federal law or what federal questions Kenton Girard's claims implicate. Exhibit A to her notice of removal is a motion to join her as a third party in a custody dispute between Jane and Kenton Girard. According to Exhibit A, Jane and Kenton have divorced and Kenton and Marissa married. According to Kenton Girard's crossclaims, which she also attached to her notice of removal, Kenton and Marissa are no longer married. Kenton Girard's crossclaims address the postnuptial indemnification agreement, which Marissa seeks to enforce in connection with a pending federal lawsuit. Nothing about those claims introduce a federal question into this case, which centers on domestic disputes related to custody and divorce agreements. Therefore, this Court lacks subject matter jurisdiction. Accordingly, this case is remanded to state court. Civil case terminated. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jane F. Girard

                Plaintiff,

v.                                    Case No.: 1:25-cv-04586
                                      Honorable Jeremy C. Daniel

Marissa Girard, et al.

                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2025:

    MINUTE entry before the Honorable Jeremy C. Daniel: Telephone motion hearing. For the reasons stated on the record, motions for attorneys fees [17] and to vacate remand order [20] are denied. Motion for immediate transmission of certified copy of remand order [18] is granted. The Clerk is directed to remand this case forthwith. This case remains closed. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

**IN THE IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION**

IN RE THE FORMER MARRIAGE OF )
)
KENTON GIRARD, )
)
       Petitioner, )
)
  and )
)   No. 2015 D 9633
JANE GIRARD, )
)   Cal 23
       Respondent. )
)
MARISSA GIRARD, )
)
       Third-Party Respondent. )

> ENTERED
> Judge Robert Johnson-2156
> JUN 2 4 2025
> CLERK OF THE CIRCUIT COURT
> OF COOK COUNTY, IL
> Deputy Clerk

### ORDER

This cause coming before the Court for status pursuant to order dated June 17, 2025, the Court having received a certified copy of the May 16, 2025 remand order issued by the United States District Court for the Northern District of Illinois in case no 25-cv-4586, Respondent, Jane Girard, appearing through counsel; Mr. Girard and Marissa Girard failing to appear, the Court having jurisdiction over the parties and the subject matter and being fully advised in the premises, and for the reasons stated in court, IT IS HEREBY ORDERED THAT:

1.    With respect to Kenton's May 8, 2025 Petition for Substitution of Judge Robert Johnson for cause, the Court notes that "a party's right to have a petition for substitution of judge heard by another judge is not automatic" and that the law permits it to deny a petition which fails to meet threshold requirements such as alleging the existence of bias stemming from an extrajudicial source or which "was not made in good faith but rather for purposes of delay." *In re Estate of Wilson*, 238 Ill.2d 519, 553-567 (2010). Pursuant to *Wilson*, the Court will conduct an initial review of Kenton's Petition and, if it finds that it meets the threshold requirements, will transfer that Petition to a new judge for hearing on or before July 3, 2025.

2. In the event the Court finds that Kenton's Petition does not meet the threshold requirements for a for-cause substitution, the Court will deny Kenton's Petition under *Wilson*, and a hearing on Marissa Girard's Petition for Substitution of Judge William Yu for cause, as joined by Kenton Girard, will proceed via Zoom (Meeting ID: 934 9022 2003 Passcode: 543296) *or* in person (Courtroom 2108) on July 8, 2025 at 1:00 p.m.

ENTER:

The Hon. Robert Johnson

June 24, 2025

Order Prepared By
Matthew D. Elster
**BEERMANN LLP**
161 North Clark Street #3000
Chicago, IL 60601
312.621.9700
mdelster@beermannlaw.com
Firm No. 80095

Copies to
kimberly.blair@wilsonelser.com
mcarlson@smbtrials.com
kg5252@yahoo.com
marissadakis@gmail.com
jkivetz@isotoslaw.com
Michael.Bradtke@ilag.gov

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

Kenton Girard                          )
                                       )
            Petitioner,                )
                                       )
    v.                                 )    Case No. 15D9633
                                       )
                                       )    **ENTERED**
Jane Girard                            )    ACTING PRESIDING JUDGE EDWARD ARCE 1980
                                       )    Jul. 3, 2025
            Respondent.                )    Mariyana T. Spyropoulos
                                       )    Clerk of the Circuit Court
                                            of Cook County, IL

                            **ORDER**         DEPUTY CLERK _____

This cause coming before the Court for the assignment by the Presiding Judge of the Domestic
Relations Division for hearing on the ☑ Petitioner's ☐ Respondent's Motion for Substitution
of Judge for Cause filed on 5/8/2025 _____; and the Court being fully advised in the
premises,

IT IS HEREBY ORDERED THAT:

1. Judge Abbey Romanek _____ shall preside over the Substitution of Judge for
   Cause hearing;
2. This matter shall remain on Calendar 01 during the Substitution of Judge for Cause
   proceedings; and
3. The matter shall be heard ☑ via Zoom ☐ in person in Courtroom 3008 ___ on
   July 11 _____, 2025, at 11:00am _____;
   Zoom ID: 925 1023 5145 _____    Passcode: 767670 _____

Dated: 7/3/2025 _____                ENTERED:

                                            _Hon. Regina A. Scannicchio_ #1980

                                            Hon. Regina A. Scannicchio

Order Emailed To: kg5252@yahoo.com marissadakis@gmail.com
ejmirabelli@beermannlaw.com
mdelster@beermannlaw.com

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY

A True Copy
Teste:

Suzanne
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

**ORDER**

July 21, 2025

Before

DIANE S. SYKES, *Chief Judge*
DAVID F. HAMILTON, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*

| | |
|---|---|
| No. 25-1854 | JANE F. GIRARD,<br>    Plaintiff - Appellee<br><br>and<br><br>KENTON GIRARD,<br>    Defendant - Appellee<br><br>v.<br><br>MARISSA GIRARD,<br>    Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-04586<br>Northern District of Illinois, Eastern Division<br>District Judge Jeremy C. Daniel | |

On consideration of the papers filed in this appeal and review of the short record,

**IT IS ORDERED** that this appeal is **DISMISSED** for lack of jurisdiction.

This court has consistently reminded litigants that an order remanding a case to state court based on a lack of subject matter jurisdiction or a defect in the removal procedure is not reviewable on appeal, regardless of whether the decision is correct, except when the case was removed under 28 U.S.C. §§ 1442 or 1443. *See* 28 U.S.C. § 1447(d); *e.g., The Northern League, Inc. v. Gidney*, 558 F.3d 614, 614 (7th Cir. 2009); *Phoenix Container, L.P. v. Sokoloff*, 235 F.3d 352, 354–55 (7th Cir. 2000).

No. 25-1854                                                                                            Page 2

In the present case, appellant seeks to appeal the district court's order remanding this case to
state court for lack of federal jurisdiction. 28 U.S.C. § 1447(c). Although appellant disputes this
determination, this case was not removed under § 1442 or § 1443, so there is no basis to seek
appellate review. Appellant's belated attempts to argue for removal under § 1443 are frivolous.
Although appellant suggests the litigation against her implicates rights of racial equality, this
theory cannot satisfy the second part of § 1443, which requires that she has been "denied or
cannot enforce" that racial-equality right in state court because of a barrier imposed by some
formal expression of state law, such as a statute. *Fenton v. Dudley*, 761 F.3d 770, 774–75 (7th Cir.
2014). Appellant has identified no such law; the mere assertion that general principles have
been applied in a discriminatory manner does not satisfy § 1443. *See City of Greenwood v. Peacock*,
384 U.S. 808, 828 (1966).

form name: **c7_Order_3J**    (form ID: **177**)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

Kenton Girard                                    )
                                                 )
            Petitioner,                          )
                                                 )
      v.                                         )       Case No. 15D9633
                                                 )
                                                 )
Jane Girard                                      )                  **ENTERED**
                                                 )       PRESIDING JUDGE REGINA SCANNICCHIO 2059
                                                 )                  Jul. 31, 2025
            Respondent.                          )       Mariyana T. Spyropoulos
                                                 )       Clerk of the Circuit Court
                                                         of Cook County, IL

                                                         DEPUTY CLERK _____

## ORDER

This cause coming before the Court for the assignment by the Presiding Judge of the Domestic Relations Division for hearing on the ☑ Petitioner's ☐ Respondent's Motion for Substitution of Judge for Cause filed on 5/8/25 and 7/9/25_____; and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. Judge Edward Arce_____ shall preside over the Substitution of Judge for Cause hearing;

2. This matter shall remain on Calendar 01 during the Substitution of Judge for Cause proceedings; and

3. The matter shall be heard ☑ via Zoom ☐ in person in Courtroom 1602____ on August 4th_____, 2025, at 3.30pm_____;
   Zoom ID: 999 1939 0962_____ Passcode: 505667_____

Dated: 7/31/2025_____

ENTERED:

*Scannicchio # 2059*

Hon. Regina A. Scannicchio

Order Emailed To: mdelster@beermannlaw.com_____
kg5252@yahoo.com  marissadakis@gmail.com_____
kpaige@beermannlaw.com_____

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION

| | | |
|---|---|---|
| IN RE THE FORMER MARRIAGE OF | ) | |
| | ) | |
| KENTON GIRARD, | ) | |
| Petitioner, | ) | |
| | ) | |
| and | ) | No.    2015 D 009633 |
| | ) | |
| JANE GIRARD, | ) | |
| Respondent, | ) | |
| | ) | |
| and | ) | |
| MARISSA GIRARD, | ) | |
| Third Party Respondent. | ) | |

## ORDER

This cause coming before the Court for Zoom hearing on Kenton Girard's May 8, 2025 Petition for Substitution of Judge Robert Johnson for Cause, Kenton Girard's July 9, 2025 Petition for Substitution of Judge Abbey Romanek for Cause, and Kenton Girard and Marissa Girard's August 4, 2025 Petition for Substitution of Judge Edward Arce for Cause, Petitioner appearing *pro se*, Respondent appearing individually and through counsel, Third-Party Respondent having filed a Motion to Continue today, but having failed to appear in person or via Zoom to present said motion, the Court having heard argument of the parties and having jurisdiction over the parties and the subject matter and being fully advised in the premises, THE COURT HEREBY FINDS AS FOLLOWS:

1. With respect to the Petition for Substitution of Judge Arce for Cause, the Court finds (i) that it possesses the authority to adjudicate this Petition under *In re Estate of Wilson*, 238 Ill.2d 519 (2010); (ii) that the Petition was not brought in good faith; and (iii) that the Petition failed to allege actual prejudice sufficient to warrant the for cause substitution of Judge Arce under *In re Marriage of O'Brien*, 2011 IL 109039.

2. With respect to the Petition for Substitution of Judge Romanek for Cause, the Court finds that the Petition failed to allege actual prejudice sufficient to warrant the for cause substitution of Judge Romanek under *In re Marriage of O'Brien*, 2011 IL 109039.

3. With respect to the Petition for Substitution of Judge Johnson for Cause, the Court finds that the Petition failed to allege actual prejudice sufficient to

warrant the for cause substitution of Judge Johnson under *In re Marriage of O'Brien*, 2011 IL 109039.

Accordingly, for the reasons set forth above and stated on the record, IT IS HEREBY ORDERED THAT:

    a. Petitioner and Third-Party Respondent's Petition for Substitution of Judge Arce for Cause is **DENIED.**

    b. Petitioner's Petition for Substitution of Judge Romanek for Cause is **DENIED.**

    c. Petitioner's Petition for Substitution of Judge Johnson for Cause is **DENIED.**

    d. Third-Party Respondent failed to appear to present her Motion for a continuance of today's hearing, which is **DENIED** as moot.

    e. Via separate order, this matter will be returned to Calendar 01 for reassignment to the Hon. Robert Johnson (Cal. 23) for hearing on Third-Party Respondent's February 11, 2025 Petition for Substitution of Judge Yu for Cause, as joined by the Petitioner.

**ENTER:**

#### #1150

8/4/2025

**ENTERED**
Aug. 4, 2025
Martina T. Serratino
Clerk of the Circuit Court
of Cook County, IL
DEPUTY CLERK _____

| Order Prepared by | Copies to |
|---|---|
| **BEERMANN LLP**<br>161 N Clark Street #3000<br>Chicago, IL 60601<br>312.621.9700<br>ejmirabelli@beermannlaw.com<br>Firm No. 80095 | Kenton kg5252@yahoo.com<br>Marissa Dakis marissadakis@gmail.com |

**4201/4282 - Transfer to Judge   4295 - Close Discovery - Allowed**
**8201 - Return for Random Assignment**
Orders of Transfer, Assignment and Reassignment                    (12/01/24) CCDR 0014 A

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE: ☑ Marriage  ☐ Civil Union  ☐ Legal Separation  ☐ Allocation of Parental Responsibilities
☐ Visitation (Non-Parent)  ☐ Support  ☐ Parentage of:

KENTON GIRARD
_____
                               Petitioner

                and

JANE GIRARD
_____
                               Respondent

Case No. 15 D 9633

Calendar D

### ORDERS OF TRANSFER, ASSIGNMENT AND REASSIGNMENT

This Cause being properly before the Court, and the Court being advised in the premises:

I.  Transfers (Temporary)

☐  That this cause is transferred to the   ☐ 4852 - Reconciliation Calendar  ☐ 4853 - Military Calendar.

All existing orders shall remain in full force and effect except _____ .

☐  That this cause is transferred to the Collaborative Process Calendar. All prior orders of court, including access to the court for enforcement and discovery, shall be considered suspended, and all proceeding shall be stayed , unless other wise expressly provided by law, agreement of the parties, or order by the court.

☐  That this cause be returned from the   ☐ 4752 - Reconciliation Calendar  ☐ 4753 - Military Calendar
                                          ☐ Collaborative Process Calendar.

☐  4282 IT IS ORDERED that the above entitled cause is transferred to Judge _____

Calendar _____ for _____ .

☐  Pretrial ☐ Contested Motion for _____ ;
all other matters being retained by the Preliminary Judge.

☑  4201 IT IS ORDERED that this cause is returned to Judge _____

Calendar _____ for further proceedings, the transferred matter being concluded.

II.  Assignment (Trial)

☐  It is Ordered that:

☐  4295  Discovery is closed as of _____ .

☐  4482  This cause is set for Trial before Judge _____

        Calendar _____

        Instanter. All parties or their counsel shall proceed immediately to courtroom _____ .

Note:  Cases set for trial can only be continued for cause, on motion pursuant to Supreme Court Rule and Domestic Relations General Order 86 D-1.

**Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois**
*cookcountyclerkofcourt.org*
Page 1 of 2

**Orders of Transfer, Assignment and Reassignment**                    **(12/01/24) CCDR 0014 B**

III. Reassignments to or from Presiding Judge

☑  8282  This Cause coming before the court for reassignment, IT IS HEREBY ORDERED that this is
assigned to the Presiding Judge for:  ☐ Hearing;  ☐ Consolidation within the

Division: Case Number _____  Calendar _____ ;

or ☑ Other  Return to Judge Johnson (Cal. 23) for hearing on Petition for SOJ of Judge Yu                    .

☐  8201  Clerk for the Circuit Court for random electronic assignment to a calendar:

☐ Preliminary  ☐ Individual  ☐ Post-Judgment  ☐ Expedited Child Support

☐ Excluding Calendar(s) _____

ENTERED:

Dated: _____ 8/4/25 _____

*[signature]* #1460

_____                    _____
Judge                                       Judge's No.

Atty. No.:  80095

Atty Name:  M Elster/BEERMANN LLP

Atty. for:  Respondent

Address:  161 N Clark Street #3000

City:  Chicago                    State:  il

Zip:  60601

Telephone:  312.621.9700

Primary Email:  mdelster@beermannlaw.com

ENTERED
Aug. 4, 2025
Mariyana T. Spyropoulos
Clerk of the Circuit Court
of Cook County, IL
DEPUTY CLERK _____

**Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 2 of 2

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 7, 2025

*Before*

DIANE S. SYKES, *Chief Judge*

DAVID F. HAMILTON, *Circuit Judge*

CANDACE JACKSON-AKIWUMI, *Circuit Judge*

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

No. 25-1854

JANE F. GIRARD,
  *Plaintiff-Appellee*,

 *and*

KENTON GIRARD,
  *Defendant-Appellee*,

  *v.*

MARISSA GIRARD,
  *Defendant-Appellant*.

Appeal from the United States District
Court for the Northern District of Illinois,
Eastern Division.

No. 25-cv-04586

Jeremy C. Daniel,
  *Judge*.

**O R D E R**

  On consideration of the petition for rehearing, all members of the original panel voted to deny rehearing. It is therefore ordered that the petition for panel rehearing is **DENIED**.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT-DOMESTIC RELATIONS DIVISION

| | | |
|---|---|---|
| IN RE: THE FORMER MARRIAGE OF | ) | |
| | ) | |
| KENTON GIRARD, | ) | |
|     Petitioner, | ) | |
| And | ) | 2015 D 009633 |
| | ) | |
| JANE F. GIRARD, | ) | Cal. D |
|     Respondent. | ) | |

**ORDER**

    This cause came before the court on Petitioner's Motion to Reconsider the Court's Order Dated August 4, 2025. The Court, having reviewed the Motion filed on August 5, 2025 and makes the following **CONCLUSIONS OF LAW**:

FINDINGS

1. "The purpose of a motion to reconsider is to bring to the court's attention: 1) newly discovered evidence which was not available at the time of the hearing; 2) changes in the law; or 3) errors of the court's previous application to existing law." *Caywood v. Gossett*, 382 Ill. App. 3d 124, 133 (Ill. App. Ct. 1st Dist. 2008).
2. Respondent's Motion to Reconsider fails to establish prima facie that the Court erred in its previous application to existing law.

**IT IS ORDERED AS FOLLOWS:**

A. Petitioner's Motion to Reconsider filed on August 5, 2025 is denied.

ENTER:

_____ #4180

JUDGE

9/8/2025

Order of Court

Page **1** of **1**

IN THE IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION

| | | |
|---|---|---|
| IN RE THE FORMER MARRIAGE OF | ) | |
| | ) | |
| KENTON GIRARD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| and | ) | |
| | ) | No. 2015 D 9633 |
| JANE GIRARD, | ) | |
| | ) | Cal 23 |
| Respondent. | ) | |
| | ) | |
| MARISSA GIRARD, | ) | |
| | ) | |
| Third-Party Respondent. | ) | |

```
ENTERED
Judge Robert Johnson-2156

SEP 09 2025

MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
```

### ORDER

This cause coming before the Court for reassignment from Judge Arce to Judge Johnson, Respondent, Jane Girard, appearing through counsel Beermann LLP; Mr. Girard and Marissa Girard filing their Pro Se appearances, the Court having jurisdiction over the parties and the subject matter and being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. Marissa Girard's Petition for Substitution of Judge William Yu for cause filed on February 11, 2025, as

   joined by Kenton Girard, will proceed for hearing via Zoom (Meeting ID: 934 9022 2003 Passcode:

   543296) (Courtroom 2108) on **September 18, 2025 at 1:00 p.m.**

ENTER:

The Hon. Robert Johnson

September 9, 2025

Prepared by:
BEERMANN LLP
Attorneys for Respondent
161 North Clark Street, Suite 3000
Chicago, Illinois 60601
(312) 621-9700
Attorney No. 80095
mdelster@beermannlaw.com
kpaige@beermannlaw.com
clmeyers@beermannlaw.com
ejmirabelli@beermannlaw.com

Service to: marissadakis@gmail.com   kg5252@yahoo.com

**IN THE IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION**

IN RE THE FORMER MARRIAGE OF )

KENTON GIRARD, )

        Petitioner, )

  and )

JANE GIRARD, )  No. 2015 D 9633

        Respondent. )  Cal 23

MARISSA GIRARD, )

        Third-Party Respondent. )



ENTERED
Judge Robert Johnson-2156
SEP 18 2025
MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

## ORDER

This cause coming before, the Court for hearing before the Hon. Robert W. Johnson on Marissa Girard's Petition for Substitution of Judge William Yu for cause filed on February 11, 2025, as joined by Kenton Girard, and for hearing on Kenton Girard's 2nd Petition for Substitution of Judge Robert Johnson for Cause, Petitioner appearing *pro se*, Respondent appearing individually and through counsel, Third-Party Respondent having received notice of today's proceedings, but failing to appear, the Court having reviewed the pleadings and heard argument and having jurisdiction over the parties and the subject matter, **IT IS HEREBY ORDERED THAT:**

1. For the reasons set forth on the record, the Court finds that the 2nd Petition for Substitution of Judge Robert Johnson for Cause has no basis in law or fact and is **DENIED.**

2. The Court further finds, for the reasons set forth on the record, that Kenton's 2nd petition violates Rule 137 and Jane's oral request for sanctions against Kenton under that rule is **GRANTED.** Jane shall have until September 25, 2025 to file a petition for fees incurred with respect to that 2nd petition and Kenton shall have until October 9, 2025 to respond. Said fee petition shall be heard by Judge Yu.

3. For the reasons set forth on the record, the Court finds that Marissa Girard's Petition for Substitution of Judge William Yu for cause filed on February 11, 2025, as joined by Kenton Girard, fails to articulate any actual bias or prejudice and is therefore **DENIED.**

4. Jane's oral request for Rule 137 sanctions with respect to this Petition is **DENIED**.

5. This matter shall be transferred back to Judge Yu (Cal. 89) via separate order.

ENTER:

The Hon. Robert Johnson

September 18, 2025

Prepared by:
**BEERMANN LLP**
Attorneys for Respondent
161 North Clark Street, Suite 3000
Chicago, Illinois 60601
(312) 621-9700
Attorney No. 80095
mdelster@beermannlaw.com
kpaige@beermannlaw.com
clmeyers@beermannlaw.com
ejmirabelli@beermannlaw.com

Service to: marissadakis@gmail.com  kg5252@yahoo.com

IN THE IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION

| | | |
|---|---|---|
| IN RE THE FORMER MARRIAGE OF | ) | |
| KENTON GIRARD, | ) | |
| Petitioner, | ) | |
| and | ) | ENTERED<br>Judge Robert Johnson-2156 |
| JANE GIRARD, | ) No. 2015 D 9633 | SEP 22 2025 |
| Respondent. | ) Cal 23 | MARIYANA T. SPYROPOULOS<br>CLERK OF THE CIRCUIT COURT<br>OF COOK COUNTY, IL |
| MARISSA GIRARD, | ) | |
| Third-Party Respondent. | ) | |

**ORDER**

This cause came before the court on Petitioner Kenton Girard's Petition Motion to Reconsider Directed at

Hon. Johnson filed on September 18, 2025. The court having reviewed the motion and makes the

following **CONCLUSIONS OF LAW:**

1. Petitioner's Motion to Reconsider Directed at Hon. Johnson fails to establish a prima facia case

   that the court errored in its previous application of existing law.

**IT IS ORDERED AS FOLLOWS:**

A. Petitioner Kenton Girard's Motion to Reconsider Directed at Hon. Johnson is denied.

ENTERED:

_____
JUDGE

Order of Court

**IN THE IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION**

IN RE THE FORMER MARRIAGE OF )

KENTON GIRARD, )

        Petitioner, )

   and )

JANE GIRARD, )

        Respondent. )

MARISSA GIRARD, )

       Third-Party Respondent. )
)

No. 2015 D9633

Cal. 89

The Hon. William Yu, Judge
Presiding.

**ENTERED**
Judge William Yu-2221

OCT 07 2025

MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

**ORDER FOLLOWING OCTOBER 3, 2025 COURT APPEARANCE**

This cause coming before the Hon. William Yu on Respondent, Jane Girard's Petition for Fees, for Marissa Girard's Motion for Substitution of Judge Yu as a Matter of Right, on Petitioner, Kenton Girard's Motion to Terminate Proceedings, and for case management, all parties appearing individually and/or through counsel, the Court having jurisdiction over the parties and the subject matter and being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. For the reasons stated on the record, the Court's February 7, 2025 order constituted a substantial ruling for purposes of 735 ILCS 5/2-1001(a)(2). Accordingly, Marissa Girard's Motion for Substitution of Judge Yu as a Matter of Right is **DENIED**.

2. Jane Girard is granted leave to file a fee petition pursuant to Supreme Court Rule 137 with respect to Marissa Girard's Motion for Substitution of Judge Yu as a Matter of Right. Marissa Girard shall have 7 days thereafter to respond.

3. Jane Girard shall have 14 days to respond to Kenton Girard's Motion to Terminate Proceedings.

4. Marissa Girard shall have 21 days to answer or otherwise plead to Kenton Girard's April 28, 2025 Crossclaim Directed at Marissa Girard.

5. This matter is set for trial on January 6, 7, and 8, 2026 starting at 10:30 a.m. in person in Courtroom 3005 on the following pleadings:

a. Jane's May 27, 2022 Motion to Appoint a Parenting Coordinator and Compel Use of Our Family Wizard;

b. Jane's August 31, 2022, Motion to Compel Enrollment in Therapy (seeking reunification therapy for the family);

c. Kenton's September 7, 2022 Motion to Modify Parenting Time, Decision Making Responsibilities, and For Other Relief

d. Jane's September 20, 2022 Petition for Finding of Parenting Time Abuse directed against Kenton and Marissa;

e. Jane's November 1, 2022 Emergency Verified Petition for Rule to Show Cause for Adjudication of Indirect Civil Contempt and for Other Relief: Failure to Abide by the Terms of the Allocation Judgment

f. Jane's May 16, 2023 Petition for Parenting Interference

g. Kenton's July 11, 2023 Motion to Modify Joint Parenting Agreement and Custody Judgment;

h. Jane's July 13, 2023 Motion to Enforce the Joint Parenting Agreement;

i. Jane's August 1, 2023 Petition for Rule re July 25, 2023 Order;

j. Jane's March 13, 2024 Motion to Modify the Joint Parenting Agreement and to Implement the 604.10(b) Recommendations;

k. Jane's July 10, 2025 Motion for Adjudication for Direct Criminal Contempt and to Declare Kenton and Marissa Vexatious Litigants;

l. Jane's September 25, 2025 Fee Petition;

m. Jane's forthcoming petition for fees relating to Marissa Girard's Motion for Substitution of Judge Yu as a Matter of Right

n. Kenton's April 24, 2025 Motion to Disqualify Phyllis Amabile MD.

o. Kenton's April 24, 2025 Motion to Disqualify Beermann LLP.

p. Kenton's April 24, 2025 Motion to Terminate Parental Rights of Jane Girard

q. Kenton's April 28, 2025, DJ Crossclaim

Said proceedings may be conducted in a hybrid manner and any party/witness who wishes to appear remotely may seek leave to do so. Said trial dates shall not be

continued absent compelling circumstances.

6. This matter is further set for status on Kenton Girard's decision as to whether to proceed on his crossclaim and hearing on Kenton Girard's Motion to Terminate Proceedings to **December 8, 2025 at 9:30 a.m. via Zoom** (*Meeting ID* 927 7769 4626; *Passcode* 228926).

7. Any pleadings not previously filed must be done with leave of court and properly noticed.

**ENTER:**

_____

The Hon. William Yu

Date: October 7, 2025

nunc pro tunc

Order Prepared By
Matthew D. Elster
**BEERMANN LLP**
161 North Clark Street #3000
Chicago, IL 60601
312.621.9700
mdelster@beermannlaw.com
Firm No. 80095

Copies to
kg5252@yahoo.com
legaltma@gmail.com

Case: 1:26-cv-01399 Document #: 1-3 Filed: 02/03/26 Page 81 of 93 PageID #:211

Case: 1:25-cv-04586 Document #: 39 Filed: 11/25/25 Page 1 of 7 PageID #:242
Case: 25-1854     Document: 19          Filed: 11/25/2025     Pages: 7

In the

# United States Court of Appeals
## for the Seventh Circuit

No. 25-1854

JANE F. GIRARD,

*Plaintiff-Appellee,*

*and*

KENTON GIRARD,

*Defendant-Appellee,*

*v.*

MARISSA GIRARD,

*Defendant-Appellant.*

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division.
No. 1:25-cv-04586 — **Jeremy C. Daniel**, *Judge.*

DECIDED NOVEMBER 25, 2025

Before SYKES, HAMILTON, and JACKSON-AKIWUMI, *Circuit Judges.*

SYKES, *Circuit Judge.* A few years after their divorce, Jane and Kenton Girard became ensnared in acrimonious post-judgment proceedings concerning the custody of their two

Case: 1:26-cv-01399 Document #: 1-3 Filed: 02/03/26 Page 82 of 93 PageID #:212

Case: 1:25-cv-04586 Document #: 39 Filed: 11/25/25 Page 2 of 7 PageID #:243
Case: 25-1854    Document: 19    Filed: 11/25/2025    Pages: 7

minor children. Kenton had remarried shortly after the divorce, and in 2023 the Illinois state court added his wife Marissa Girard as a party to the postjudgment litigation. Her joinder complicated the already protracted proceedings: Kenton later cross-claimed against Marissa when they disagreed about his obligations under a "postnuptial agreement" that purported to require him to indemnify her for legal expenses and any reduction in her earnings incurred in connection with the custody dispute.

Marissa responded by removing the entire case to federal court in the Northern District of Illinois. It had a short shelf life there: the district judge concluded that the case did not present a federal question, so he remanded it to state court for lack of jurisdiction. Marissa appealed, and we dismissed the case for lack of appellate jurisdiction.

Jane Girard now moves for sanctions under Rule 38 of the Federal Rules of Appellate Procedure, arguing that Marissa's appeal was frivolous. Indeed it was (in more ways than one), so we grant the motion for sanctions.

According to the state-court records attached to the removal notice, Jane and Kenton Girard were divorced in November 2015 in an order issued by the Cook County Circuit Court. The divorce judgment resolved custody issues regarding their two minor daughters—at least initially.

Not long after the divorce, Kenton married Marissa Girard, and within a few years, he and Jane were back in court in a contentious custody dispute. Protracted postjudgment proceedings ensued. In 2023 Jane moved to add Marissa to the postjudgment proceedings as a third-party respondent,

No. 25-1854                                                        3

accusing her of attempting to poison the mother–daughter relationship. The judge granted the joinder motion.

In February 2025 the court set a trial date to resolve the ongoing custody issues. A few days before trial, Kenton cross-claimed against Marissa seeking a declaration that he had no obligations under a supposed "postnuptial indemnification agreement" that ostensibly required him to reimburse her for legal expenses and any reduction in her earnings if Jane's actions in the custody dispute "proximately cause[d]" a violation of her rights under the Constitution or federal law.

That same day Marissa removed the entire case to federal court. Jane promptly moved to remand it to state court, asserting that the case did not present a substantial federal question. She noted that the case was a state-law domestic-relations dispute and that Kenton's cross-claim concerned only the interpretation of the postnuptial agreement, an issue governed exclusively by state contract law. The district judge agreed and remanded the case to state court, explaining that Kenton's cross-claim "center[ed] on domestic disputes" related to the postnuptial agreement, so it did not confer federal-question jurisdiction.

Marissa appealed. Before briefing commenced, we issued an order requiring her to explain why her appeal should not be dismissed for lack of jurisdiction. We noted that remand orders are not appealable unless the case is removed under 28 U.S.C. § 1442, the federal-officer removal provision, or § 1443, the civil-rights removal provision. *See* 28 U.S.C. § 1447(d). In response Marissa argued—for the first time—that she had removed the case pursuant to § 1443 because she faced a "barrage" of motions against her in the state-court

Case: 1:26-cv-01399 Document #: 1-3 Filed: 02/03/26 Page 84 of 93 PageID #:214

Case: 1:25-cv-04586 Document #: 39 Filed: 11/25/25 Page 4 of 7 PageID #:245
Case: 25-1854    Document: 19    Filed: 11/25/2025    Pages: 7

4                                                    No. 25-1854

proceedings, which she claimed amounted to discrimination
based on her race and disability.

    We dismissed Marissa's appeal for lack of jurisdiction,
explaining that her belated invocation of § 1443 was frivolous.
She had not removed the case under § 1443, nor had she
established—as the statute requires—that she had been
denied or could not enforce a racial-equality right in state
court because of a barrier imposed by some formal expression
of state law, like a statute. *See Fenton v. Dudley*, 761 F.3d 770,
774–75 (7th Cir. 2014). Marissa moved for panel rehearing,
and when that motion was denied, she obtained an extension
of time to file a petition for a writ of certiorari in the Supreme
Court.

    Meanwhile, after we dismissed the appeal for lack of
jurisdiction, Jane moved for sanctions against Marissa under
Rule 38 of the Federal Rules of Appellate Procedure, which
authorizes an award of "just damages and single or double
costs" incurred in defending against a frivolous appeal. She
seeks an award of $2,808.75 to cover her attorney's fees and
costs on appeal. The motion is well justified and we grant it.

    "An appeal is frivolous when the result is obvious or when
the appellant's argument is wholly without merit." *Upchurch
v. O'Brien*, 111 F.4th 805, 813 (7th Cir. 2024) (quotation marks
omitted). Jane contends that Marissa's appeal satisfies this
demanding standard. We agree. Although a decision to
impose sanctions under Rule 38 is not one we make lightly,
*see Goyal v. Gas Tech. Inst.*, 732 F.3d 821, 823–24 (7th Cir. 2013),
this appeal was doubly frivolous. Marissa's challenge to the
judge's removal order was doomed to fail, and we
unquestionably lacked appellate jurisdiction to hear it.

Case: 1:26-cv-01399 Document #: 1-3 Filed: 02/03/26 Page 85 of 93 PageID #:215

Case: 1:25-cv-04586 Document #: 39 Filed: 11/25/25 Page 5 of 7 PageID #:246
Case: 25-1854    Document: 19    Filed: 11/25/2025    Pages: 7

No. 25-1854                                                        5

Taking those points in order, there was never any basis to remove this case to federal court in the first place. Because the parties—all citizens of Illinois—are not diverse, "the propriety of removal depend[ed] on the existence of a federal question." *Ne. Rural Elec. Membership Corp. v. Wabash Valley Power Ass'n*, 707 F.3d 883, 890 (7th Cir. 2013). But Kenton's cross-claim—the proffered basis for removal—is a state-law contract claim. *See Am. Well Works Co. v. Layne & Bowler Co.*, 241 U.S. 257, 260 (1916) ("A suit arises under the law that creates the cause of action."). And it is the "rare" state-law claim that gives rise to federal-question jurisdiction. *Webb v. Fin. Indus. Regul. Auth., Inc.*, 889 F.3d 853, 860 (7th Cir. 2018). To do so, the claim must "necessarily raise[]" a "substantial" and "actually disputed" federal question. *Gunn v. Minton*, 568 U.S. 251, 258 (2013).

As the district judge correctly concluded, Kenton's cross-claim raises contract and domestic-relations issues—the stuff of which *state* law is quintessentially concerned. *Wis. Cent. Ltd. v. TiEnergy, LLC*, 894 F.3d 851, 854 (7th Cir. 2018); *Allen v. Allen*, 48 F.3d 259, 261 (7th Cir. 1995). Although the postnuptial agreement fleetingly mentions federal law, the dispute remains one of state contract and domestic-relations law; it does not require the resolution of *any* federal question—much less a substantial one. *See Minor v. Prudential Sec., Inc.*, 94 F.3d 1103, 1105 (7th Cir. 1996). In short, the judge's decision to remand the case for lack of subject-matter jurisdiction was unassailable, so Marissa was "guaranteed to lose" on appeal. *McCurry v. Kenco Logistics Servs., LLC*, 942 F.3d 783, 791 (7th Cir. 2019).

On top of that, the order was not reviewable on appeal. As our dismissal order explained, we have "consistently

Case: 1:26-cv-01399 Document #: 1-3 Filed: 02/03/26 Page 86 of 93 PageID #:216

Case: 1:25-cv-04586 Document #: 39 Filed: 11/25/25 Page 6 of 7 PageID #:247
Case: 25-1854    Document: 19         Filed: 11/25/2025    Pages: 7

reminded litigants" that remand orders are ordinarily not
appealable. *See, e.g., Phoenix Container, L.P. v. Sokoloff,* 235 F.3d
352, 354–55 (7th Cir. 2000). Section 1447(d) makes this crystal
clear: an order remanding a case to state court is *not*
appealable—regardless of whether the decision was correct—
unless § 1442 or § 1443 supplied the basis for removal.
*N. League, Inc. v. Gidney*, 558 F.3d 614, 614 (7th Cir. 2009) (per
curiam); *see Mac Naughton v. Asher Ventures, LLC*, 76 F.4th 539,
543 (7th Cir. 2023) ("We have held repeatedly that appellants
risk Rule 38 sanctions when they litigate in the face of
controlling authority that they pretend does not exist.").

Marissa relied on neither provision when removing the
case to federal district court. Although she cited § 1443 in
response to our jurisdictional order as part of a last-ditch
attempt to justify her appeal, she failed to identify any state
law that had denied or inhibited her ability to enforce federal
racial-equality rights, as the statute requires. *See Fenton*,
761 F.3d at 773–74. Instead, she offered vague assertions about
the discriminatory application of general principles—
assertions do not come close to satisfying § 1443. Marissa's
invocation of that provision was not just tardy and contrived;
it was frivolous.

None of Marissa's arguments in response dissuades us
from imposing sanctions. For starters, she argues that because
the district judge declined to impose an award of attorney's
fees under § 1447(c) for a frivolous removal, Jane's request for
sanctions in this court necessitates a cross-appeal. Not so.
Although the judge concluded that Marissa's improper
removal did not warrant awarding Jane her costs and
attorney's fees, we retain authority to impose sanctions for
Marissa's frivolous *appeal*. FED. R. APP. P. 38; *Mac Naughton*,

Case: 1:26-cv-01399 Document #: 1-3 Filed: 02/03/26 Page 87 of 93 PageID #:217

Case: 1:25-cv-04586 Document #: 39 Filed: 11/25/25 Page 7 of 7 PageID #:248
Case: 25-1854     Document: 19      Filed: 11/25/2025     Pages: 7

No. 25-1854                                                 7

76 F.4th at 543–44. Further, while Marissa insists that she is proceeding in good faith, the record shows otherwise. After removing a case that clearly belonged in state court, Marissa prolonged the litigation by requiring Jane to defend a frivolous appeal. *Upchurch*, 111 F.4th at 814. Under these circumstances, Rule 38 sanctions are warranted.

Finally, the modest amount Jane seeks—her attorney's fees and costs on appeal—is just and reasonable. We award her damages in the amount of $2,808.75.

It is so ORDERED.

**IN THE IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION**

| | | |
|---|---|---|
| IN RE THE FORMER MARRIAGE OF | ) | No. 2015 D9633 |
| KENTON GIRARD, | ) | |
| | ) | Cal. 89 |
| Petitioner, | ) | |
| | ) | The Hon. William Yu, Judge |
| and | ) | Presiding. |
| | ) | |
| JANE GIRARD, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| MARISSA GIRARD, | ) | |
| | ) | |
| Third-Party Respondent. | ) | |
| | ) | |

**ENTERED**
Judge William Yu-2221
DEC 09 2025
MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

## ORDER FOLLOWING DECEMBER 8, 2025 COURT APPEARANCE

This cause coming before the Hon. William Yu for hearing on Kenton Girard's Motion to Terminate Proceedings and for status, Kenton Girard appearing *pro se*, Jane Girard appearing individually and through counsel, Marissa Girard appearing through counsel, Toma Makedonski, who left the courtroom without leave of court prior to the conclusion of the proceedings, and various third-party defendants appearing through counsel, the Court having heard argument and being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. For the reasons stated on the record, the Court finds Kenton Girard's Motion to Terminate Proceedings was not brought in good faith, his arguments under Supreme Court Rule 922 nonsensical, and the complained of delays in this matter resulting from his actions. The Motion to Terminate Proceedings is therefore **DENIED.**

2. Jane Girard's request for sanctions incident to the Motion to Terminate Proceedings shall be heard at trial.

3. For the reasons stated on the record, the oral motion to strike and dismiss Marissa Girard's October 28, 2025 Counterclaims as being filed without leave of Court is **GRANTED.** Marissa Girard's October 28, 2025 Counterclaims against Jane Girard, John D'Arco, Enrico Mirabelli, and Matthew Elster are **STRICKEN AND DISMISSED.**

4. On February 7, 2025, this Court struck Marissa Girard's Third-Party Complaint as untimely and filed without leave of court. On March 5, 2025, Marissa Girard

re-filed that same Third-Party Complaint without leave of Court. For the reasons stated on the record, the oral motion to strike and dismiss Marissa Girard's re-filed March 5, 2025 Third-Party Complaint is **GRANTED**. Marissa Girard's re-filed March 5, 2025 Third-Party Complaint against Vanessa L. Hammer, Karen V. Paige, Candace L. Meyers, and Detective Ryan McEnerney is **STRICKEN AND DISMISSED**.

5. Trial dates to stand.

**ENTER:**

The Hon. William Yu

Date: December 8, 2025

Order Prepared By
Matthew D. Elster
**BEERMANN LLP**
161 North Clark Street #3000
Chicago, IL 60601
312.621.9700
mdelster@beermannlaw.com
Firm No. 80095

Copies to
kg5252@yahoo.com
legaltma@gmail.com

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION**

IN RE: THE FORMER MARRIAGE OF )
)
KENTON GIRARD, )
          Petitioner, )
)
    and )    No.   2015 D 009633
)
JANE GIRARD, )
          Respondent, )
)
    and )
)
MARISSA GIRARD, )
          Third Party Respondent. )

**ENTERED**
Judge William Vi. 2221
JAN 0 8 2026
MARIYANA T. SPYKOPOULOS
CLERK OF THE CIRCUIT COURT
IL

## ORDER

**THIS MATTER** coming before the Court on January 6, 2026 at 10:30 a.m. for

trial on pending pleadings, Petitioner Kenton Girard ("Kenton") representing himself

pro se, Respondent Jane Girard ("Jane") represented by Beermann LLP, Third Party

Respondent Marissa Girard ("Marissa") represented by Toma Makedonski; Jane and

Jane's counsel present in court, Petitioner failing to appear in court or on Zoom, and

Third Party Respondent and Third Party Respondent counsel failing to appear in court

or on Zoom; the record reflecting that this matter was previously set for trial on

January 6,7, and 8, 2026, that Marissa allegedly filed a third-party pleading on

Kenton Girard on January 5, 2026, that notice of said third party pleading was

improper, that on January 5, 2025, Kenton filed a Notice of Removal to Northern

District of Illinois Eastern Division, that notice for said Notice of Removal was

improper, that Jane had previously properly noticed and served Illinois Supreme

Court Rule 237(b) Notices to Appear upon Kenton and Marissa via her counsel, that

this Court reserves the right to attribute the cost of any delay in this matter to the

party responsible for said delay, and that Kenton was personally observed by Jane's

counsel at the Richard J. Daley Center Courtroom 2210 at or around 11:00 a.m. on

January 6, 2026; and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED:**

1) The trial dates previously set for January 6, 7, and 8, 2026 are hereby
   **STRICKEN**.

2) Once a decision is reached by the Northern District of Illinois regarding
   the removal, the parties shall inform the Court. If the matter is
   remanded, the Court shall set a status on setting of further dates.

ENTERED: 1/2/26

_____

Judge William Yu 2221

Order Prepared By
**BEERMANN LLP**
Attorneys for Respondent
161 N. Clark St., Ste. 3000
Chicago, IL 60601
Tel: 312-621-9700
Firm No. 80095
ejmirabelli@beermannlaw.com
kpaige@beermannlaw.com
clmeyers@beermannlaw.com

Petitioner – kgs5252@yahoo.com
Attorney for Third Party Respondent – legaltma@gmail.com

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION

IN RE: THE FORMER MARRIAGE OF )
                                         )
KENTON GIRARD,                    )
              Petitioner,      )
                                           )
      and                             )    No.    2015 D 009633
                                           )
JANE GIRARD,                     )
                Respondent,     )
                                           )
      and                             )
                                           )
MARISSA GIRARD,             )
         Third Party Respondent.    )

```
 ┌─────────────────────────────┐
 │         ENTERED             │
 │   Judge William Yu-2221     │
 │                             │
 │         JAN 21 2026         │
 │                             │
 │   MARIYANA T. SPYROPOULOS   │
 │  CLERK OF THE CIRCUIT COURT │
 │      OF COOK COUNTY, IL     │
 └─────────────────────────────┘
```

### ORDER

**THIS MATTER** coming before the Court on January 16, 2025 at 10:30 a.m. for presentation of Jane's *Emergency Motion to Reset Trial Dates* via Zoom; Petitioner Kenton Girard (Kenton") present on Zoom, and representing himself Pro Se; Respondent, Jane Girard ("Jane") present on Zoom, and represented by Beermann LLP; Third Party Respondent Marissa Girard ("Marissa") not appearing on Zoom, represented by Toma Makedonski, present on Zoom; the Court having reviewed the above pleading inclusive of all exhibits filed by Jane Girard; the Court having heard argument from each party's counsel and Mr. Girard, pro se; the Court having jurisdiction over the parties and the subject matter and being fully advised in the premises;

**IT IS HEREBY ORDERED:**

       1.     The Court finds this matter to be an emergency, and GRANTS Jane's *Emergency Motion to Reset Trial Dates.*

2.      Trial on all pleadings (those delineated in Paragraphs 5a. through 5q. of the Court's Order of October 7, 2025) is hereby re-set to the following dates:  February 4, 5, and 6, 2026, at 10:30 a.m. each day, in person, in Courtroom 3005.

3.      The Trial may be conducted, in the Court's discretion, in a hybrid manner and any party/witness who is unable to be present in person on the above-referenced Trial dates may seek leave of Court to appear via Zoom, by Tuesday, January 27, 2026.

ENTERED:

_____
Judge William Yu    2221

Order Prepared By
**BEERMANN LLP**
Attorneys for Respondent
161 N. Clark St., Ste. 3000
Chicago, IL 60601
Tel: 312-621-9700
Firm No. 80095
ejmirabelli@beermannlaw.com
kpaige@beermannlaw.com
clmeyers@beermannlaw.com

Petitioner – kgs5252@yahoo.com
Attorney for Third Party Respondent – legaltma@gmail.com