# Exhibit C

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

| | | |
|---|---|---|
| JANE F. GIRARD, | ) | Calendar 89 |
| | ) | |
| Plaintiff, | ) | Case No. 2015-D-009633 |
| vs. | ) | |
| | ) | **NOTICE OF FILING:** |
| KENTON GIRARD and | ) | **NOTICE OF REMOVAL** |
| MARISSA GIRARD, | ) | **TO THE SOUTHERN DISTRICT** |
| | ) | **OF ILLINOIS,** |
| Defendants. | ) | **EAST ST. LOUIS DIVISION** |

### NOTICE OF FILING: NOTICE OF REMOVAL

Please take notice that pursuant to 28 U.S.C. §§ 1331, 1441, 1443(1) and 1446, Defendant Marissa Girard has filed contemporaneously with this filing a Notice of Removal in the United States District Court for the Southern District of Illinois, East St. Louis Division, a copy of which is attached as **Exhibit 1**, and that said matter shall proceed hereafter in the United States District Court for the Southern District of Illinois, East St. Louis Division.

**DATED: February 3 2026**                    Respectfully submitted,

                                              MARISSA GIRARD, In Pro Se

                              By:    */s/ Marissa Girard*
                                     965 Forestway Drive
                                     Glencoe, IL 60022
                                     marissadakis@gmail.com
                                     Tel: 773-425-4393

1

## **CERTIFICATE OF SERVICE**

      This undersigned certifies that a copy of the foregoing was filed with the Clerk of this Court and was served this 3rd day of February 2026 by email to the attorneys and pro se parties who have entered their appearances hereunder.

**Electronic Service on Attorneys**

mdelster@beermannlaw.com

kpaige@beermannlaw.com
      for Plaintiff Jane F. Girard


**Electronic Service on Pro Se Parties**

kg5252@yahoo.com
      for Defendant Kenton Girard


                                                          */s/ Marissa Girard*