## United States District Court  Northern District of Illinois
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

| | |
|---|---|
| Case Title: Jane Girard | Plantiff(s) |
| V. | |
| Kenton Girard and Marissa Girard | Defendant(s) |

| | |
|---|---|
| Case Number: 26-cv-1399 | Judge: Jeremy Daniel |

I, **Toma Makendonski** hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

**Kenton Girard** by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Supreme Court of Illinois | 05/04/2000 |
| | |
| | |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| 23-cv-14294 | Josue Enemias Santos Ramirez v. Balif Remodeling, LLC | Granted Around May 2024 |
| 25-cv-04551 | Gw et al v. Regina Scannicchio et al | Granted 7/24/25 |
| | | |
| | | |

*If denied, please explain: (Attach additional form if necessary)

Has the applicant ever been:

| | | |
|---|---|---|
| **censured, suspended, disbarred, or otherwise disciplined by any court?** | Yes ✔ | No ☐ |
| **or is the applicant currently the subject of an investigation of the applicant's professional conduct?** | Yes ☐ | No ✔ |
| **transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court?** | Yes ✔ | No ☐ |
| **denied admission to the bar of any court?** | Yes ☐ | No ✔ |
| **held in contempt of court?** | Yes ☐ | No ✔ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

| 02/17/26 | S/ Toma Makedonski |
|---|---|
| Date | Electronic Signature of Applicant |

| Applicant's Name | Last Name<br>Makedonski | First Name<br>Toma | Middle Name/Initial |
|---|---|---|---|
| Applicant's Law Firm | Law Office of Toma Makedonski | | |
| Applicant's Address | Street Address<br>1271 Old Mill Ct | | Room/Suite Number |
| | City<br>Naperville | State<br>IL | ZIP Code<br>60564 | Work Phone Number and Email<br>(773) 727-5491 legaltma@gmail.com |

**(The pro hac vice admission fee is $150.00 and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)**

**NOTE:** Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $181.00 The fee for pro hac vice admission is $150.00. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

Rev. 08/16/2023

**Has the applicant ever been censured, suspended, disbarred, or otherwise disciplined by any court?**

In 2019 Toma Makedonski was disciplined by the Northern District of Illinois Bankruptcy Court, because an employee falsified dates on a credit counseling certificate. Mr. Makedonski took full responsibility for his employee's actions and was removed from the Northern District of Illinois Bankruptcy Court.

**Has the applicant ever been transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court?**

Toma Makedonski voluntarily withdrew from the Northern District of Illinois Bankruptcy Court following the incident above in 2019.