# Vettina Franklin

| | |
|---|---|
| **From:** | Toma Makedonsi <legaltma@gmail.com> |
| **Sent:** | Tuesday, March 3, 2026 1:43 PM |
| **To:** | Vettina Franklin |
| **Subject:** | Girard Motion for tomorrow |

**CAUTION - EXTERNAL:**


Toma Makedonski here for Kenton Girard on the motion to disqualify for tomorrow March 4, 2026. I would like to withdraw the motion and set a date so we can argue the merits of the removal. Can you ask Judge Daniel's if it's ok if I appear via telephone or Webex to orally withdraw the motion to set another date ? Let me know if that is feasible. It was one of the issues presented to me last date.


Thank You
Toma Makedonski
773-727-5491

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1