

BC

FILED
3/2/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAM

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE F. GIRARD, | |
| Plaintiff, | Civil No. 1:26-cv-1399 |
| v. | District Judge Jeremy C. Daniel |
| KENTON GIRARD and MARISSA GIRARD, | |
| Defendants. | |

## NOTICE OF HEALTH EMERGENCY

Defendant pro se Marissa Girard in articulation of her Notice of Health Emergency, states:

I.    <u>Marissa's health has suffered a significant setback and she is on complete bed rest.</u>

Seemingly as a proximate result of counsel for Plaintiff Jane F. Girard sending a series of provocative and harassing email messages to Defendant Marissa Girard on February 4-6 2026 – wherein Beermann LLP was boasting about conducting a state trial having obtained a ruling from the Cook County Associate Judge William Yu that her Notice of Removal (Dkt 1) was a "nullity" – Defendant Marissa Girard's health condition has suffered dramatically. Her Harvard-educated treating physician has ordered strict and complete bed rest for six weeks, ending on March 20 2026. As a result, she is wholly unable to appear in court dates until after March 20 2026.

II.    <u>Marissa's requested ADA Accommodations allow the Court to move forward however.</u>

As Defendant Marissa Girard has already notified the court (Dkt 2), she requires reasonable accommodations to be put in place under the Americans with Disabilities Act, owing to her affliction by PTSD (post-traumatic stress disorder) and interstitial cystitis. Importantly among these accommodations, she requires to be heard on her briefs and specifically to not be

1

required to engage in oral advocacy in court dates.

At the upcoming court date on March 4 2026, the Court has set her <u>Emergency Motion to Enforce Federal Jurisdiction</u> for presentment. Being that Marissa has already prepared her memorandum in support of this position, the Court should rule on the papers.

III.     <u>Email service is still lacking.</u>

On February 18 2026, Marissa placed before the Court another motion to ensure she is served with all motions and papers and court rulings and entries via email. Unfortunately, critical papers have still not been served on Marissa e.g. Plaintiff Jane F. Girard's motion to remand. Basic due process rights are not being respected under this unacceptable status quo.

**Dated: March 3 2026**                                     Respectfully submitted,

Marissa Girard, In Pro Se

<u>/s/ Marissa Girard</u>
965 Forestway Drive
Glencoe, IL 60022
Tel: (773) 425-4393
marissadakis@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that this paper and all attachments were (a) electronically filed with the clerk of this Court on March 3 2026, (b) provided via email to the attorneys who have entered their appearances in this matter and the pro se parties per the contact details listed below.

**Electronic Service on Attorneys**

mdelster@beermannlaw.com
kpaige@beermannlaw.com
        for Plaintiff Jane F. Girard

**Electronic Service on Pro Se Parties**

kg5252@yahoo.com
        for Defendant Kenton Girard

                                        <u>/s/ Marissa Girard</u>

2