**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JANE F. GIRARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-cv-01399 |
| | ) | |
| KENTON GIRARD and MARISSA GIRARD, | ) | |
| | ) | Judge Jeremy C. Daniel |
| | ) | |
| Defendants. | ) | |

**MARISSA GIRARD'S MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS OR REMAND**

Defendant Marissa Girard, by and through her undersigned counsel, Cole Sadkin, LLC, for her Motion for an Extension of Time to Respond to Plaintiff's Motion to Dismiss or Remand [Dkt. 17], states as follows:

1. This matter was removed from the Madison County Circuit Court on February 3, 2026. [Dkt. 1].

2. This matter was transferred from the United States District Court for the Southern District of Illinois to the United States District Court for the Northern District of Illinois on February 6, 2026. [Dkt. 9-10.]

3. On February 18, 2026, Plaintiff Jane F. Girard filed her Motion to Dismiss or, in the Alternative, to Remand (the "Motion to Dismiss or Remand"). [Dkt. 17].

4. On February 23, 2026, Co-Defendant Kenton Girard filed his Response in Opposition to Plaintiff's Motion to Remand. [Dkt. 23].

5. The Court did not enter a briefing schedule for Plaintiff's Motion to Dismiss or Remand.

6.      Instead, the Court stated that "the Court will address the propriety of removal [on] March 19, 2026, at 10:00 a.m." [Dkt. 31].

7.      The undersigned counsel was recently engaged to represent Defendant Marissa Girard in this matter. Additional time is required to fully review the docket and all filings, confer with Ms. Girard, and prepare a response to Plaintiff's Motion to Dismiss or Remand.

8.      The requested relief will not prejudice any party to this matter.

9.      This motion is not made for the purposes of delay.

WHEREFORE, Defendant Marissa Girard respectfully requests that this Honorable Court grants her additional time to respond to Plaintiff's Motion to Dismiss or Remand and for any such further relief as this Honorable Court deems appropriate.

Respectfully submitted,

*/s/ Mason S. Cole*

**Cole Sadkin, LLC**
Mason S. Cole (ARDC No. 6307727)
1652 W. Belmont Ave., Ste 1
Chicago, IL 60657
(312) 548-8610
mcole@colesadkin.com
*Counsel for Marissa Girard*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 17, 2026, he electronically filed the aforementioned documents, pleadings, or papers with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all CM/ECF participants.

*/s/ Mason S. Cole*