THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JANE F. GIRARD,       )
              )
Plaintiff, v.         )  Civil No. 1:26-cv-1399
              )  District Judge Jeremy C. Daniel
              )
KENTON GIRARD and    )
MARISSA GIRARD,     )
              )
Defendants.        )

---

## NOTICE OF MOTION

TO: Matthew Elster
Karen Paige
Enrico Mirabelli
Beermann LLP
161 N Clark Street, Suite 3000
Chicago, IL 60601
mdelster@beermannlaw.com
kpaige@beermanlaw.com
ejmirabelli@beermannlaw.com

PLEASE TAKE NOTICE that on March 19, 2026, at 9:30 AM, or as soon thereafter as counsel

may be heard, I shall appear before the Honorable Judge Jeremy C. Daniel presiding over

courtroom 1419, or any other judge sitting in his stead, and then and there present Toma Makedonski's motion to

withdraw as counsel for Kenton Girard.

Respectfully submitted.

/s/ Toma Makedonski
**Law Office of Toma Makedonski**
Toma Makedonski ARDC # 6271553
1271 Old Mill Ct
Naperville Illinois, 60564
773-727-5491
legaltma@gmail.com
*Counsel for Toma Makedonski*