## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE THE FORMER MARRIAGE OF KENTON GIRARD, | ) ) ) | |
| Petitioner, | ) ) | Case Number: 26-cv-1399 |
| v. | ) ) ) | The Hon. Jeremy Daniel, Judge Presiding. |
| JANE GIRARD, | ) ) | |
| Respondent. | ) ) | |
| (MARISSA GIRARD, | ) ) | |
| Third-Party Respondent.) | ) | |

## MOTION FOR CONTEMPT

Jane Girard, through her undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 70(e) and Local Rule 37.1, seeks a finding of indirect civil contempt against Marissa Girard as follows:

1.      On April 2, 2026, this Court entered an order (again) finding Marissa's removal frivolous and awarding Jane "costs and attorneys' fees in the amount $19,547.50," payable to Jane "on or before May 7, 2026." [Dkt. No. 59].

2.      Marissa did not appeal or otherwise challenge this order, and the time for doing so has since passed.

3.      As of May 8, 2026, Marissa has not complied with this Court's order, Jane has not received any payment, and Jane's counsel's multiple communications to Marissa's counsel in this matter, Mr. Cole, have gone unanswered.

4.      Marissa's failure to comply with this Court's April 2, 2026 order is without compelling cause or justification, and she possesses the ability to pay.

5.      Federal Rule 70(e) governs enforcement of judgments and allows this Court to hold a "disobedient party in contempt." *Fed.R.Civ.P. 70(e).*

6.      Jane respectfully requests that it do so here and issue an order to show cause against Marissa and, should she fail to do so, adjudicate her in indirect civil contempt for her failure to comply with the terms of its April 2, 2026 order.

**WHEREFORE**, Jane Girard respectfully requests that this Court enter an order:

A. Requiring Marissa Girard to show cause for her failure to comply with the terms of this Court's April 2, 2026 order;

B. Adjudicating Marissa Girard in indirect civil contempt of this Court;

C. Imposing appropriate sanctions against Marissa including, but not limited to, daily fines until such time as she complies with this Court's Order;

D. Requiring Marissa Girard to pay the attorneys' fees and costs she incurred in the preparation and prosecution of this Motion; and

E. Granting her any other relief this Court deems just and proper.

Respectfully Submitted,

**JANE GIRARD**

By: /s/ *Matthew D. Elster*
One of Her Attorneys

**BEERMANN LLP**
161 N. Clark Street #3000
Chicago, IL 60601
312.621.9700
mdelster@beermannlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE THE FORMER MARRIAGE OF KENTON GIRARD, | ) ) ) | |
| Petitioner, | ) ) | Case Number: 26-cv-1399 |
| v. | ) ) | The Hon. Jeremy Daniel, Judge Presiding. |
| JANE GIRARD, | ) ) | |
| Respondent. | ) ) | |
| (MARISSA GIRARD, | ) ) | |
| Third-Party Respondent.) | ) | |

## AFFIDAVIT OF JANE GIRARD

JANE GIRARD, being of legal age and operating under no disability, being duly sworn and under penalty of perjury, states under oath as follows:

1. I make this Affidavit upon personal facts and knowledge of mine.

2. I am the Respondent in the underlying state court matter which Marissa Girard removed to this Court.

3. As of the date and time of filing of this Motion, approximately 10:00 a.m. on Friday May 8, 2026, neither I nor my attorneys have received any payment from Marissa pursuant to this Court's April 2, 2026 Order.

4. My attorneys, on both May 6 and May 7, wrote to Marissa's attorney, Mason Cole, inquiring as to whether his client intended to comply with this Court's order. Mr. Cole did not respond to either email.

5. I have incurred attorneys fees incident to the preparation of the attached motion and anticipate incurring further fees incident to its prosecution.

/s/ *Jane Girard*

Page **3** of **4**

## CERTIFICATE OF SERVICE

I hereby certify that on this May 8, 2026, a copy of the foregoing **Motion for Contempt** was filed via the court's CM/ECF system, which will send electronic notice to all counsel of record who have appeared in this case.

/s/ *Matthew D. Elster*