# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE THE FORMER MARRIAGE OF KENTON GIRARD, | ) ) ) | |
| Petitioner, | ) ) | Case Number: 26-cv-1399 |
| v. | ) ) | |
| JANE GIRARD, | ) ) | The Hon. Jeremy C. Daniel, Judge Presiding. |
| Respondent. | ) ) | |
| (MARISSA GIRARD, | ) ) | |
| Third-Party Respondent.) | ) | |

## <u>NOTICE OF MOTION</u>

To: All Parties and Counsel of Record

**PLEASE TAKE NOTICE THAT** on Thursday, May 14, 2026, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jeremy C. Daniel, or any judge presiding in his stead in Courtroom 1419 of the Everett McKinley Dirksen United States Courthouse 219 South Dearborn Street Chicago, IL 60604 and present **Jane Girard's Motion for Contempt,** a copy of which is hereby served upon you.

Respectfully submitted,

**JANE GIRARD**

/s/ *Matthew D. Elster*

**BEERMANN LLP**
161 N Clark Street #3000
Chicago, IL 60601
312.621.9700
mdelster@beermannlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May, 2026 a copy of the foregoing **Notice of Motion** was filed via the court's CM/ECF system, which will send electronic notice to all counsel of record who have appeared in this case.

/s/ *Matthew D. Elster*